AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

SECURE ELEMENTS, INC.,
a Delaware Corp.

V.

CITADEL SECURITY SOFTWARE, INC.,
a Delaware Corp.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   06   98

TO: (Name and address of Defendant)

CITADEL SECURITY SOFTWARE, INC.
c/o Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven J. Balick
ASHBY & GEDDES, P.A.
222 Delaware Ave.
Wilmington, DE 19899
(302) 654-1888

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                    February 14, 2006
CLERK                              DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE February 14, 2006 |
| NAME OF SERVER *(PRINT)* Frank J. Joyce | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Personally hand delivered the summons and complaint to The Corporation Trust Company at the address listed on the front of this summons.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   February 14, 2006         _[signature]_
                Date                   *Signature of Server*

                                          Parcels, Inc.
                                          230 North Market Street
                                          Wilmington, DE   19801
                                          *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.