## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

**SECURE ELEMENTS, INC.,**

 **Plaintiff and Counterclaim Defendant,**

 **v.**

**CITADEL SECURITY SOFTWARE, INC.,**

 **Defendant and Counterclaim Plaintiff.**

**C.A. No. 06-98-KAJ**

## CITADEL'S ANSWER AND COUNTERCLAIM TO
## SECURE ELEMENTS' COMPLAINT

Defendant Citadel Security Software, Inc. ("Citadel"), by and through the undersigned attorneys, hereby files this Answer and Counterclaim requesting damages and injunctive relief upon personal knowledge as to its own acts and circumstances and upon information and belief as to the acts and circumstances of others as follows:

1. Citadel is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 1 of the Complaint, and therefore denies the same.

2. Citadel admits the averments of paragraph 2 of the Complaint.

3. Citadel admits that the Complaint purports to state a cause of action under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, but denies that the allegations have any merit.

4. Citadel admits the averments in paragraph 4 of the Complaint.

5. Citadel admits the averments in paragraph 5 of the Complaint.

**CITADEL'S ANSWER AND COUNTERCLAIM -- PAGE 1**

6.      Citadel admits the averments in paragraph 6 of the Complaint.

7.      Citadel denies the averments in paragraph 7 of the Complaint.

8.      Citadel admits the averments in paragraph 8 of the Complaint.

9.      Citadel admits that it sent letters to Secure Elements, Inc. ("Secure Elements") informing Secure Elements of Citadel's belief that the application that issued as U.S. Patent No. 7,000,247 (the "'247 Patent") included claims that, if issued in substantially the same form as in the '247 Patent, would result in infringement by Secure Elements.

10.     Citadel admits the averments in paragraph 10 of the Complaint.

11.     Citadel admits the averments in paragraph 11 of the Complaint.

12.     Citadel admits that it filed a Petition to Make Special with the United States Patent and Trademark Office ("USPTO") to expedite the prosecution of the application that issued as the '247 Patent.  Citadel is without information or knowledge sufficient to form a belief as to the truth of the averment in paragraph 12 of the Complaint that the USPTO accelerated the prosecution of the application that issued as the '247 Patent based on Citadel's petition, and therefore denies the same.

13.     Citadel admits that Secure Elements submitted certain prior art references to Citadel, but denies that any of the prior art references render claims of the '247 Patent invalid.

14.     Citadel admits the averments in paragraph 14 of the Complaint.

15.     Citadel admits the averments in paragraph 15 of the Complaint.

16.     Citadel admits the averments in paragraph 16 of the Complaint.

17.     Citadel admits the averments in paragraph 17 of the Complaint.

**CITADEL'S ANSWER AND COUNTERCLAIM -- PAGE 2**

18.    Citadel realleges the answers previously set forth in paragraphs 1 through 17 above.

19.    Citadel admits the averments in paragraph 19 of the Complaint.

20.    Citadel admits that Secure Elements denies infringement of the '247 Patent.

21.    Citadel is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 21 of the Complaint, and therefore denies the same.

22.    Citadel admits the averments in paragraph 22 of the Complaint.

23.    Citadel admits the averments in paragraph 23 of the Complaint.

24.    Citadel denies the averments in paragraph 24 of the Complaint.

25.    Citadel realleges the answers previously set forth in paragraphs 1 through 24 above.

26.    Citadel admits that Secure Elements alleges that the '247 Patent is invalid.

27.    Citadel admits the averments in paragraph 27 of the Complaint.

28.    Citadel denies the averments in paragraph 28 of the Complaint.

29.    The final paragraph of the Complaint contains a demand for jury trial and prayer for relief to which no responsive pleading is required.  To the extent a response is deemed necessary, Citadel denies that Secure Elements is entitled to any relief whatsoever.

30.    To the extent that any allegations of the Complaint have not been previously specifically admitted or denied, Citadel denies them.

**CITADEL'S ANSWER AND COUNTERCLAIM -- PAGE 3**

## COUNTERCLAIM

Defendant/Counterclaim Plaintiff Citadel, by and through the undersigned attorneys, hereby files this Counterclaim requesting damages and injunctive relief upon personal knowledge as to its own acts and circumstances and upon information and belief as to the acts and circumstances of others as follows:

## PARTIES

31.     Defendant/Counterclaim Plaintiff Citadel is a Delaware corporation, with its principal place of business at Two Lincoln Centre, 5420 LBJ Freeway, Suite 1600, Dallas, TX 75240.    Among other things, Citadel is engaged in the design and implementation of software used for vulnerability identification and remediation.

32.     According to paragraph 1 of the Complaint, Plaintiff/Counterclaim Defendant Secure Elements is a Delaware corporation with its principal place of business at 198 Van Buren Street, Suite 110, Herndon, VA 20170.   Service of process may be made on Secure Elements' registered agent:   Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808.

## JURISDICTION AND VENUE

33.     This action arises under the Patent Laws of the United States, 35 U.S.C. § 101 *et seq.*, and is being brought to redress the infringement of United States Patent No. 7,000,247 (the "'247 Patent") owned by Citadel, a copy of which is attached as Exhibit "1" and incorporated herein by reference.   Accordingly, subject matter jurisdiction over this cause of action is conferred upon this Court pursuant to 28 U.S.C. §§ 1331 and 1338.

34.     As alleged herein, because Secure Elements is incorporated in Delaware and Secure Elements has offered products for sale within this judicial district that infringe

the '247 Patent, this Court has personal jurisdiction over Secure Elements, and venue is proper in this judicial district under 28 U.S.C. §§ 1391(b), (c) and 1400(b).

## COUNTERCLAIM COUNT I
### INFRINGEMENT OF U.S. PATENT NO. 7,000,247

35.    Citadel incorporates and realleges the foregoing paragraphs as if fully set forth at length.

36.    On December 31, 2001, Carl E. Banzhof ("Banzhof") filed a provisional application for a United States Patent directed to an "Automated Computer Vulnerability Resolution System." On December 31, 2002, Banzhof filed a utility application claiming priority to the provisional application bearing the same title. On February 14, 2006, the United States Patent and Trademark Office duly and legally issued the Banzhof application as the '247 Patent.

37.    Citadel is the owner of all right, title, and interest in and to the invention of the '247 Patent by assignment.

38.    Upon information and belief, Secure Elements is making, using, offering to sell, and selling vulnerability products that infringe one or more claims of the '247 Patent.

39.    Secure Elements has profited through infringement of the claims of the '247 Patent. As a result of Secure Elements' unlawful infringement of the '247 Patent, Citadel has suffered, and will continue to suffer, damages.

40.    On March 10, 2004, Citadel informed Secure Elements, via letter, of U.S. Patent Application Publication No. 20030126472A1, which eventually issued as the '247 Patent. The letter sent to Secure Elements is attached as Exhibit "2." The '247 Patent's claims are substantially identical to the published claims of Publication No.

20030126472A1.  Secure Elements therefore had actual notice of the claims of the '247 Patent as early as March 10, 2004, and has willfully infringed since at least that date, making this case exceptional pursuant to 35 U.S.C. §§ 284 and 285 and entitling Citadel to enhanced damages and reasonable attorneys' fees.  In addition to all other damages that Citadel is entitled to for Secure Elements' infringement, Citadel is entitled to a reasonable royalty as compensation for Secure Elements' infringement of the claims of the '247 Patent from March 10, 2004 until February 14, 2006 under 35 U.S.C. § 154(d).

41.    Upon information and belief, Secure Elements intends to continue its unlawful infringing activity unless enjoined by this Court.

## PRAYER FOR RELIEF

WHEREFORE, Citadel prays that it have judgment against Secure Elements for the following:

(1)    A decree that the '247 Patent is infringed by Secure Elements;

(2)    A preliminary and permanent injunction enjoining and restraining Secure Elements and its officers, agents, servants, employees, and attorneys, and those in active concert or participation with it who receive actual notice of the order granting the injunction, by personal service or otherwise, from making, using, offering to sell, selling, and importing into the United States any product which falls within the scope of any claim of the '247 Patent;

(3)    An award of damages;

(4)    An award of exemplary damages;

(5)    An award of all costs of this action, including attorneys' fees, pre-judgment and post-judgment interest; and

**CITADEL'S ANSWER AND COUNTERCLAIM -- PAGE 6**

(6)     Such other and further relief, at law or in equity, to which Citadel is justly entitled.

Dated:  March 6, 2006                    **FISH & RICHARDSON P.C.**

By:  /s/ *William J. Marsden, Jr.*
      William J. Marsden, Jr.
      Delaware Bar No. 2247
      wjm@fr.com
      Kyle Wagner Compton
      Delaware Bar No. 4693
      kwc@fr.com
      919 N. Market Street, Suite 1100
      P.O. Box 1114
      Wilmington, DE 19899
      302-652-5070 (Telephone)
      302-652-2091 (Telecopy)

      *Of Counsel*

      Steven H. Stodghill
      Texas Bar No. 19261100
      shs@fr.com
      Neil J. McNabnay
      Texas Bar No. 24002583
      njm@fr.com
      Decker Cammack
      Texas Bar No. 24036311
      dmc@fr.com
      **FISH & RICHARDSON P.C.**
      1717 Main Street, Suite 5000
      Dallas, TX  75201
      214-747-5070 (Telephone)
      214-747-2091 (Telecopy)

      ATTORNEYS FOR DEFENDANT
      CITADEL SECURITY SOFTWARE, INC.

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on March 6, 2006, I electronically filed **CITADEL'S**

**ANSWER AND COUNTERCLAIM TO SECURE ELEMENTS' COMPLAINT**

with the Clerk of Court this document using CM/ECF which will send electronic

notification of such filing to the following Delaware counsel. Additionally, a copy will be

served via hand delivery.


Steven J. Balick, Esq.                                  *Attorneys for Plaintiff*
John G. Day, Esquire                                   *Secure Elements, Inc.*
Lauren E. Maguire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899


I also certify that on March 6, 2006, I caused the above document to be served via

Federal Express on the following non-registered participant.


Jonathan G. Graves                                    *Attorneys for Plaintiff*
Nathan K. Cummings                                   *Secure Elements, Inc.*
Cooley Godward, LLP - VA
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA 20190-5656


                                        /s/ *William J. Marsden Jr.*
                                        William J. Marsden, Jr.


90163203 (2).doc

# EXHIBIT 1

US007000247B2

(12) **United States Patent**

Banzhof

(10) **Patent No.:**    **US 7,000,247 B2**

(45) **Date of Patent:**    Feb. 14, 2006

(54) **AUTOMATED COMPUTER VULNERABILITY RESOLUTION SYSTEM**

(75) Inventor:    **Carl E. Banzhof**, Dallas, TX (US)

(73) Assignee:    **Citadel Security Software, Inc.**, Dallas, TX (US)

( * ) Notice:    Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 119 days.

(21) Appl. No.: **10/335,490**

(22) Filed:    **Dec. 31, 2002**

(65) **Prior Publication Data**

**Related U.S. Application Data**

(60) Provisional application No. 60/345,689, filed on Dec. 31, 2001.

(51) **Int. Cl.**
    *G06F 7/04*    (2006.01)

(52) **U.S. Cl.** .................................. **726/2**; 726/3; 726/4

(58) **Field of Classification Search** ........ 713/200–202, 713/176, 181, 150, 153, 154; 709/223–226, 709/229, 200, 217, 219; 726/1–4, 6, 11, 726/22–27
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,954,941 A | 9/1990 | Redman | 364/200 |
| 4,999,806 A | 3/1991 | Chernow et al. | 364/900 |
| 5,581,764 A | 12/1996 | Fitzgerald et al. | 395/703 |
| 5,649,187 A | 7/1997 | Hornbuckle | 395/610 |
| 5,699,275 A | 12/1997 | Beasley et al. | 364/514 R |
| 5,742,829 A | 4/1998 | Davis et al. | 395/712 |
| 5,764,913 A | 6/1998 | Jancke et al. | 395/200.54 |
| 5,771,347 A | 6/1998 | Grantz et al. | 395/186 |
| 5,799,002 A | 8/1998 | Krishnan | 370/234 |
| 5,805,897 A | 9/1998 | Glowny | 395/712 |
| 5,809,329 A | 9/1998 | Lichtman et al. | 395/828 |

| | | | |
|---|---|---|---|
| 5,852,812 A | 12/1998 | Reeder | 705/39 |
| 5,854,794 A | 12/1998 | Pawlowski | 370/509 |
| 5,860,012 A | 1/1999 | Luu | 395/712 |
| 5,919,247 A | 7/1999 | Van Hoff et al. | 709/217 |
| 5,931,946 A * | 8/1999 | Terada et al. | 713/201 |
| 5,933,646 A | 8/1999 | Hendrickson et al. | 395/712 |
| 5,933,826 A | 8/1999 | Ferguson | 707/9 |
| 5,974,454 A | 10/1999 | Apfel et al. | 709/221 |
| 5,991,802 A | 11/1999 | Allard et al. | 709/219 |
| 6,016,499 A | 1/2000 | Ferguson | 707/104 |
| 6,029,247 A | 2/2000 | Ferguson | 713/201 |

(Continued)

OTHER PUBLICATIONS

CERT® Advisories, "CERT/CC Advisories 1988-2000," http://web.archive.org/web/20000815055129/http://www.cert.org/advisories/, 2000, 34 pages.

(Continued)

*Primary Examiner*—Hosuk Song
(74) *Attorney, Agent, or Firm*—Conley Rose, P.C.; Michael W. Piper

(57)    **ABSTRACT**

A system and process for addressing computer security vulnerabilities. The system and process generally comprise aggregating vulnerability information on a plurality of computer vulnerabilities; constructing a remediation database of said plurality of computer vulnerabilities; constructing a remediation signature to address the computer vulnerabilities; and deploying said remediation signature to a client computer. The remediation signature essentially comprises a sequence of actions to address a corresponding vulnerability. A managed automated approach to the process is contemplated in which the system is capable of selective deployment of remediation signatures; selective resolution of vulnerabilities; scheduled deployment of remediation signatures; and scheduled scanning of client computers for vulnerabilities.

**44 Claims, 6 Drawing Sheets**



**US 7,000,247 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,052,710 A | 4/2000 | Saliba et al. | 709/203 |
| 6,061,740 A | 5/2000 | Ferguson et al. | 709/246 |
| 6,073,214 A | 6/2000 | Fawcett | 711/133 |
| 6,078,945 A | 6/2000 | Hinsley | 709/105 |
| 6,094,679 A | 7/2000 | Teng et al. | 709/220 |
| 6,108,649 A | 8/2000 | Young et al. | 707/4 |
| 6,138,157 A | 10/2000 | Welter et al. | 709/224 |
| 6,151,643 A | 11/2000 | Cheng et al. | 710/36 |
| 6,151,708 A | 11/2000 | Pedrizetti et al. | 717/11 |
| 6,157,618 A | 12/2000 | Boss et al. | 370/252 |
| 6,202,207 B1 | 3/2001 | Donohue | 717/11 |
| 6,219,675 B1 | 4/2001 | Pal et al. | 707/201 |
| 6,243,766 B1 | 6/2001 | Sliger et al. | 710/2 |
| 6,256,668 B1 | 7/2001 | Slivka et al. | 709/220 |
| 6,263,362 B1 | 7/2001 | Donoho et al. | 709/207 |
| 6,269,456 B1 | 7/2001 | Hodges et al. | 714/38 |
| 6,272,677 B1 | 8/2001 | Lam et al. | 717/11 |
| 6,279,113 B1 * | 8/2001 | Vaidya | 713/201 |
| 6,279,156 B1 | 8/2001 | Amberg et al. | 717/11 |
| 6,281,790 B1 | 8/2001 | Kimmel et al. | 340/506 |
| 6,282,175 B1 | 8/2001 | Steele et al. | 370/254 |
| 6,282,709 B1 | 8/2001 | Reha et al. | 717/11 |
| 6,282,712 B1 | 8/2001 | Davis et al. | 717/11 |
| 6,298,445 B1 | 10/2001 | Shostack et al. | 713/201 |
| 6,307,841 B1 | 10/2001 | Rowles et al. | 370/252 |
| 6,324,656 B1 * | 11/2001 | Gleichauf et al. | 714/37 |
| 6,721,713 B1 | 4/2004 | Guheen et al. | 705/1 |
| 6,766,458 B1 | 7/2004 | Harris et al. | 713/201 |
| 6,859,793 B1 | 2/2005 | Lambiase | 705/59 |
| 6,862,581 B1 | 3/2005 | Lambiase | 705/51 |
| 2002/0026591 A1 | 2/2002 | Hartley et al. | 713/201 |
| 2002/0087882 A1 | 7/2002 | Schneier et al. | 713/201 |
| 2002/0100036 A1 | 7/2002 | Moshir et al. | 717/173 |
| 2003/0135749 A1 | 7/2003 | Gales et al. | 713/200 |
| 2004/0003266 A1 | 1/2004 | Moshir et al. | 713/191 |

## OTHER PUBLICATIONS

St. Bernard, St. Bernard Software Simplifies NT Service Pack Management with SPQuery, Apr. 20, 2000 BUSINESS WIRE.

Stephen Swoyer, Hotfix Management Tools Maturing, Nov. 19, 2001, ENT News.

"Systems Management Server Product Overview, Features", from www.Microsoft.com; Jan. 29, 2002, Feb. 8, 1999.

Sturdevant, C., "ZENWorks Cuts Legwork in NetWare Shops"; Mar. 13, 2000.

"Novell ZENworks Grows Up", Feb. 7, 2000.

www.thestandard.com article; Dec. 21, 2000.

Systems Management Server I Executive Overview, date unknown.

Fonseca, B., "Web performance tools get upgrade"; Aug. 29, 2000.

Topaz white paper; copyright date 2000.

Topaz news release; Oct. 4, 1999.

Proctor; no later than Jan. 8, 2001.

"Active Watch: Hosted Web Performance Monitoring Service"; copyright date 2000.

www.freshtech.com web pages, pp. 1-8; copyright date 1996-2000.

Freshwater Software news release; Jan. 18, 1998.

NetworkDeltaWeb^SM page; copyright date 2000.

www.mspassociation.org web pages, pp. 1-6; no later than Nov. 28, 2001.

www.microsoft.com/smsmgmt pages, pp. 1-27; Jun. 23, 1999.

"Benefits of Software Leasing"; Dec. 15, 1998.

"Leasing Software"; no later than Feb. 27, 2001.

"ASPs: Leasing software"; copyright date 2000-2001.

Timbale pp. 1-2; Dec. 21, 2000.

"The Open Software Description Format (OSD)"; Aug. 11, 1997.

Computer Associates ManageIT news release; May 8, 2000.

www.sitepatrol.com pp. 1-2; no later than Nov. 28, 2001.

www.rhesolution.com pp. 1-4; no later than Jan. 8, 2001.

www.hostedhelpdesk.com pp. 1-4; no later than Jan. 8, 2001.

InfraDesk™ page; Dec. 21, 2000.

www.triactive.com page; no later than Nov. 28, 2001.

Webopedia.com definitions; copyright date 2001.

Technical Comparison of Systems Management Server 2.0 and Novell's ZENworks 2.0; copyright date 2000.

SafePatch Description, pp. 1-3; Oct. 2000.

SafePatch; Oct. 2000.

Marimba Castanet; copyright 2000.

www.shavlik.com pp. 1-12; copyright date 2001.

HFNetChk, pp. 1-21; copyright date 2001.

Welcome to Windows Update page; copyright date 2001.

winfingerprint pp. 1-3; no later than Sep. 10, 2001.

Shipley, G., "Tools From the Underground"; May 29, 2000.

sourceforge.net pp. 1-2; copyright date 1999, 2000, 2001.

Kearns, D., "Patch tracking"; Jun. 27, 2001.

PatchLink Press Release; Jun. 18, 2001.

PatchLink Menu: Gravitix Overview; copyright date 2001.

PatchLink Press Release; Mar. 27, 2000.

Robinson, C., "PatchLink.com Brings Remote Management Online"; Dec. 4, 2000.

Coopee, "Building a strong foundation"; Network World Fusion, Jan. 31, 2000.

"Q. What is Qchain.exe?", from www.ntfaq.com; Jul. 23, 2001.

"Newly Released PatchLink Update 4.0 . . . ", from biz.yahoo.com; Oct. 14, 2002.

Bumback, "Patching up bad patches", from www.zdnet.com; Nov. 22, 2002.

Mueller, "PatchLink Helps Keep Windows Closed", from www.networkcomputing.com; Sep. 2, 2002.

PatchLink® Update™ 4.0 White Paper: Cross-platform Security Patch Management; copyright date 2002.

Pages numbered as 1-27, from www.bigfix.com; no later than Nov. 25, 2002.

"UpdateEXPERT: Product Reviews & Testimonials" from www.stbernard.com web site; varioUS-dates are listed.

"SPQuery v4.1"; from www.networkcomputing.co.uk web site via link in "UpdateEXPERT: Product Reviews & Testimonials"; Nov. 2000.

"Ahead of the Service Pack"; from www.networkcomputing.co.uk website via link in "UpdateEXPERT: Product Reviews & Testimonials"; Nov. 2000.

* cited by examiner



Figure 1



Figure 2



Remediation Process

61 — Vulnerability Assessment
62 — Import Data Into System / Create Remediation Signatures
63 — Review Vulnerability Information
64 — Schedule Remediation
65 — Approve Remediation Signatures
66 — Distribute System Clients
67 — Remediation Occurs as Scheduled
68 — Review Remediation Status Reports

60

**Figure 3**

FIGURE 4

Aggregation and Construction Process



## FIGURE 5A

### Remediation Management Process



81 — Launch Application

82 — Download signatures from flash server

83 — Import vulnerability assessment data

84 — Map vulnerabilities to remediation signatures

85 — Generate remediation profile per target client computer

86 — User selects vulnerabilities to remediate

87 — Select computers for remediation

88 — Analyze remediation for signatures required

89 — Notify target client computers of pending remediation

90 — Launch local remediation

Continued

80

# FIGURE 5B

### Remediation Management Process



91 — Download remediation profile

92 — Interpret profiles and execute remediation

93 — Report status information during remediation

94 — Ensure efficient remediation by analyzing and prioritizing remediation actions

95 — Reboot may be performed

96 — Log completion of remediation

97 — Generate reports

98 — Remediation actions Successful

100 — End

99 — Initiate rollback of installed remediation actions and repeat process

US 7,000,247 B2

**1**

# AUTOMATED COMPUTER VULNERABILITY RESOLUTION SYSTEM

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims priority from U.S. Provisional Application Ser. No. 60/345,689 filed on Dec. 31, 2001.

## STATEMENT REGARDING FEDERALLY SPONSORED RESEARCH OR DEVELOPMENT

Not applicable.

## REFERENCE TO A MICROFICHE APPENDIX

Not applicable.

## FIELD OF THE INVENTION

The invention relates generally to a method and system for resolving vulnerabilities in computers and, more particularly, to a vulnerability resolution system in which computer security vulnerability information from one or more sources can be aggregated and comprehensive remediation updates can be generated for managed automated distribution to target client computers.

## BACKGROUND OF THE INVENTION

Computers, computer systems, and the applications running thereon are becoming increasingly complex. In addition, with the advent of the Internet and other modern networking technology, computers have become increasingly interconnected and remote accessibility of individual computers and computer networks has become more and more common. In part as a result of this complexity, the number of computer security vulnerabilities that need to be addressed continues to increase. For example, in the year 2000 alone, 650 operating system vulnerabilities were identified, including 126 in the Windows 2000/NT platform and another 46 in the Windows 9x platform. The Computer Security Institute reported 417 vulnerabilities for the year 1999, 1090 vulnerabilities for the year 2000, 2,437 in 2001, and a projected 4000+vulnerabilities in 2002. Given these trends, it has become increasingly difficult to protect computers from security breaches via these vulnerabilities. Moreover, the task of maintaining security for these computer systems and/or networks has become increasingly burdensome and difficult.

Currently, organizations typically use vulnerability scanning software or managed security providers to test computers for security weaknesses. These tools generally provide detailed information on the vulnerabilities found in the computing environment, but provide limited means for correcting or resolving the detected vulnerabilities. In order for an organization to remove identified vulnerabilities, it typically must expend a large amount of labor and resources to identify and/or create a remediation for each vulnerability then even more labor to install the vulnerability remediation on the affected computers. Often, this involves visiting each individual computer and manually applying the necessary remediation. In addition, once the remediation is applied, a user can easily remove it, or install additional software that invalidates the remediation, thereby wasting all of the effort expended in performing the remediation.

**2**

## SUMMARY OF THE INVENTION

In accordance with the present invention, a method and system are presented which provide for a more automated and managed way to remediate security vulnerabilities on individual computers and computer networks. More particularly, a vulnerability resolution system is provided in which vulnerability information is aggregated, then used to construct, and subsequently update, vulnerability remediation signatures for download. The downloaded signatures may then be selectively used to address or resolve vulnerabilities on client machines having security vulnerabilities.

In one embodiment, a method for resolving vulnerabilities in a computer comprises aggregating vulnerability information on a plurality of computer vulnerabilities; constructing a remediation database of said plurality of computer vulnerabilities; constructing a remediation signature to address a computer vulnerability; and deploying said remediation signature to a client computer. The aggregating of vulnerability information comprises obtaining vulnerability information from at least one security intelligence agent, such as a database of information regarding known computer vulnerabilities or a scanning service which scans a client computer for vulnerabilities and records the vulnerability information. The remediation signature typically comprises a sequence of actions to address a corresponding vulnerability. The remediation signatures are generally associated with a corresponding computer vulnerability. A remediation profile may be constructed for a client computer to address vulnerabilities on that computer, where the profile comprises selected remediation signatures for the client computer corresponding to vulnerabilities on the client computer. The remediation signatures may be uploaded to a flash server for remote access or download by client computers or client servers. A managed remediation approach is also contemplated which would include wherein selective deployment of remediation signatures, selective resolution of vulnerabilities, scheduled scanning of client computers for vulnerabilities, scheduled deployment of remediation signatures, etc.

In another embodiment, a system for resolving computer vulnerabilities comprises a remediation server capable of coupling to a security intelligence agent having information about computer vulnerabilities in order to aggregate said vulnerability information into a remediation database. Various devices may be coupled to the remediation server to complete the system. For example, a signature module may be coupled to the remediation server to construct a remediation signature for each vulnerability. A flash server may be coupled to the signature module to provide remote access to said remediation signatures. A client server may also be included capable of coupling to said flash server to access said remediation signatures. A deployment module may be coupled to the client server capable of deploying said remediation signatures to a client computer coupled to said client server. The deployment module may also be capable of constructing a remediation profile for a client computer to address vulnerabilities on that computer, wherein the remediation profile typically comprises selected remediation signatures for the client computer corresponding to vulnerabilities on the client computer. An input module may also be coupled to the remediation server to handle the interfacing of the remediation server to a security intelligence agent having information about computer vulnerabilities. And a client module may be coupled to the client server to which handle the interfacing of the client server to the flash server to access said remediation signatures.

US 7,000,247 B2

3

In another embodiment, computer-readable media tangibly embodying a program of instructions executable by a computer to perform a process for resolving vulnerabilities in a computer comprises aggregating vulnerability information on a plurality of computer vulnerabilities; constructing a remediation database of said plurality of computer vulnerabilities; constructing a remediation signature to address a computer vulnerability; and deploying said remediation signature to a client computer.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram illustrating an embodiment of a vulnerability resolution system in accordance with the present invention.

FIG. 2 is a block diagram illustrating another embodiment of a vulnerability resolution system in accordance with the present invention.

FIG. 3 is a flow chart illustrating an overview of an embodiment of a computer vulnerability remediation process in accordance with the present invention.

FIG. 4 is a flow chart illustrating an embodiment of an aggregation and construction process for computer vulnerability remediation in accordance with the present invention.

FIGS. 5A and 5B are a flow chart illustrating an embodiment of a remediation management process for computer vulnerability remediation in accordance with the present invention.

DETAILED DESCRIPTION OF EMBODIMENTS

In this disclosure, numerous specific details are set forth to provide a sufficient understanding of the present invention. However, those skilled in the art will appreciate that the present invention may be practiced without such specific details. In other instances, well-known elements have been illustrated in schematic or block diagram form in order not to obscure the present invention in unnecessary detail. Additionally, some details have been omitted inasmuch as such details are not considered necessary to obtain a complete understanding of the present invention, and are considered to be within the understanding of persons of ordinary skill in the relevant art. It is further noted that all functions described herein may be performed in either hardware or software, or a combination thereof, unless indicated otherwise. Certain terms are used throughout the following description and claims to refer to particular system components. As one skilled in the art will appreciate, components may be referred to by different names. This document does not intend to distinguish between components that differ in name, but not function. In the following discussion and in the claims, the terms "including" and "comprising" are used in an open-ended fashion, and thus should be interpreted to mean "including, but not limited to . . . ". Also, the term "couple" or "couples" is intended to mean either an indirect or direct electrical or communicative connection. Thus, if a first device couples to a second device, that connection may be through a direct connection, or through an indirect connection via other devices and connections. Finally, the terms "remediate" and "remediation" are used to refer generally to addressing or resolving vulnerabilities by reducing or alleviating the security risk presented by the subject vulnerability.

FIG. 1 illustrates an embodiment of a vulnerability resolution system 10 in accordance with the present invention. As shown in FIG. 1, the system 10 comprises a remediation server 12 coupled to a plurality of intelligence agents 14.

4

The remediation server 12 is also coupled to an import module 15, a remediation database 16, and a signature module 18. In this embodiment, the import module 15, remediation database 16, and signature module 18 are incorporated in the remediation server 12. For instance, the import module 15, remediation database 16, and signature module 18 may be stored in memory on the remediation server 12. It is also contemplated, however, that the import module 15, remediation database 16, and signature module 18 could be remotely coupled to the remediation server 12.

A flash server 20 is also coupled to the remediation server 12. A client server 22 is coupled to the flash server 20. A client module 23 and deployment module 24 are coupled to the client server 22. In this embodiment, the client module 23 and deployment module 24 are incorporated in the client server 22. For instance, the client module 23 and deployment module 24 may be stored in memory on the client server 22. It is also contemplated, however, that the client module 23 and deployment module 24 could be remotely coupled to the client server 22. And finally, a plurality of client computers 26 are coupled to the client server 22.

In the operation of the system 10, the remediation server 12 obtains information relating to computer security vulnerabilities from the intelligence agents 14. The import module 15 provides the necessary interface between the remediation server 12 and the various intelligence agents having such information. Examples of intelligence agents include: ISS Internet Scanner, QualysGuard, Nessus, Eeye, Harris, Retina, Microsoft's hfNetCheck, and others. The vulnerability information may come in many forms from these agents. Two such forms include 1) general information from security intelligence organizations relating to known security vulnerabilities, such as vulnerabilities in widespread software applications like Microsoft Windows; and 2) specific information from scanning services relating to specific vulnerabilities found during a security scan of a client's computer or computer system 26. The remediation server 12 aggregates the vulnerability information obtained, from whatever source, into a remediation database 16. While aggregating the information into the database 16, the remediation server 12 may manipulate the information in many ways. For example, the server 12 may strip unnecessary information out, may sort the information into related vulnerabilities or otherwise, may remove duplicate information, may identify or associate certain related vulnerabilities, etc.

In addition, the remediation server 12 uses a signature module 18 to generate remediation signatures for the vulnerabilities. Typically, a remediation signature is a list of actions taken to address or resolve a vulnerability. In this embodiment, the remediation signatures include the following types of remediation actions: service management, registry management, security permissions management, account management, policy management, audit management, file management, process management, as well as service pack, hot fix and patch installation. These types of remediation actions are generally known in the computer security industry.

A remediation signature may address one or more vulnerabilities. For clarity of explanation, however, it will be assumed that in this embodiment each remediation signature addresses a single vulnerability or type of vulnerability. In an embodiment of this system, the remediation signatures are generated as abstract objects which can be developed and implemented across multiple platforms without the need to change the underlying source code used in the remediation system. This allows for the creation of a remediation signature in the environment of the remediation system

US 7,000,247 B2

5

which can then be utilized in whatever system or environment the remediation system is operating. The process of constructing a remediation signature may be entirely automatic or it may involve some manual intervention, or a combination of both. In fact, some intelligence agents 14 may actually provide or suggest remediations along with the vulnerability information provided. Depending on the level of complexity of the vulnerability, a corresponding level of complexity may be required for the remediation signature. For example, some vendors provide "patches" or "fixes" or "updates" that address vulnerabilities in their hardware or software via their vendor website. A signature may therefore include direction to go to a vendor website and retrieve a patch or an update as one of the actions undertaken to remediate a computer's vulnerabilities. Given the potential complexity of the signatures, they may not always operate successfully as initially constructed. Accordingly, the signature module 18 or remediation server 12 may have the ability to test and approve the constructed signature in order to ensure that it successfully resolves the intended vulnerability and does not have any unintended deleterious effects.

Once a remediation signature has been constructed, in this embodiment of the system 10 the remediation signature is assigned or otherwise associated with the corresponding vulnerability in the remediation database 16. Accordingly, the remediation database 16 may include the vulnerability information and the corresponding remediation signatures for the vulnerabilities identified. Alternatively, it is contemplated that the signatures could be stored elsewhere and remotely associated via a pointer or otherwise to their corresponding vulnerabilities.

Remediation signatures and vulnerability information can be posted to the flash server 20 for dissemination. Typically, only after the remediation signature has been tested and approved is it released or uploaded to the flash server 20 for dissemination to clients seeking resolution of their computer vulnerabilities. A client server 22 can then download the desired information from the flash server 20. In this embodiment, a download is typically initiated by a user, such as an IT or computer security personnel. The client server 22 may connect to the flash server 20 in many ways including the Internet or a direct dial-up connection. In this embodiment of the system, the client module 23 provides the necessary interface logic to download the information from the flash server 20. Typically, a client server 22 will periodically download information from the flash server 20 to check for updated vulnerability and remediation information. The client server 22 may also access vendor websites 21, via a global network such as the Internet or otherwise, to obtain additional patches or updates as needed for remediation. In this embodiment of the system 10, the client server 22 analyzes and interprets the signatures downloaded from the flash server 20. If a signature specifies a needed update or patch from a vendor website 21, the client server 22 will connect to the website and download the needed information making the patch or update available locally for remediation of any client computers 26 coupled to the client server 22.

In this embodiment, it is also contemplated that the client server 22 will keep a profile of the client computers 26 coupled thereto. The profile of the client computers 26 essentially records or logs the system information relating to the client computers 26. Primarily, the profile contains information regarding remediation performed on the client computer 26. It is contemplated, however, that the profile might also contain information regarding the formatting of the client computer 26, the software applications and versions running on the computer 26, etc., which might be

6

helpful in managing security issues on the subject computer. By comparing the computer profiles with the vulnerability and remediation information downloaded from the flash server 20, the client server 22 can track what remediation may be required for each client computer 26. In addition, the client server 22 can manage the vulnerability resolution process for each client computer 26. For instance, the client server 22, or security or IT personnel via the server, could select which remediation signatures should be deployed to each client computer 26, or which vulnerabilities should or should not be addressed. In addition, vulnerability resolution can be managed by scheduling the various resolution events. For instance, when and how often the client computers 26 are scanned for vulnerabilities can be scheduled, as well as the timing of the deployment of the remediation signatures to address those vulnerabilities.

By managing the vulnerability resolution, the remediation of vulnerabilities can be more reliably and more cost effectively addressed. In particular, the remediation can occur in off hours to minimize impact on the productivity of the client computers 26. The remediation can be selectively implemented. The remediation can be tracked and logged so that remediations are not accidentally overwritten or undone. And, the remediation can be accomplished automatically from the client server 22 as opposed to having to perform or install the remediation manually on each client computer, a virtually impossible task for some large-scale companies.

FIG. 2 is a block diagram providing another illustration of an embodiment of a vulnerability resolution system 30 in accordance with the present invention. More particularly, FIG. 2 provides another way to visualize the architecture of a vulnerability system in accordance with the present invention. As shown in FIG. 2, the architecture of this embodiment of the vulnerability system 30 generally comprises an aggregation section 31 and a remediation section 32. The aggregation section 31 of the architecture is essentially responsible for obtaining and aggregating the computer security vulnerability information while the remediation section 32 is essentially responsible for constructing remediation signatures for the identified vulnerabilities and deploying those remediations to client computers in a managed and automated manner.

As shown in FIG. 2, the aggregation section 31 of the system architecture 30 comprises intelligence agents 34, an import API or interface 36, and an administrator 38. The import API 36 provides an interface to the intelligence agents 34. As discussed in reference to FIG. 1 above, the intelligence agents 34 provide information regarding computer security vulnerabilities. As noted, these intelligence agents 34 may include automated vulnerability assessment tools, security intelligence services, manufacturers of computer hardware or software, etc. The administrator 38 obtains this vulnerability information from the intelligence agents 34 via the import API 36. The import API 36 typically includes several interfaces or import wizards as required to allow importation of vulnerability assessment data from the variety of intelligence agents available. Generally, the intelligence agents 34 provide information specifying the necessary interface. Once retrieved, the vulnerability information may be aggregated, sorted, selected or otherwise managed via the administrator 38.

The remediation section 32 of the system architecture 30 ultimately uses the vulnerability information retrieved by the aggregation section 31 to remediate vulnerabilities on client computers 40. The client computers 40 are shown coupled to a client server 42. The client server 42 allows for automated and managed deployment of the remediation signatures to

US 7,000,247 B2

7

the client computers **40**. The architecture of the remediation section **32** illustrates that the vulnerability information from the aggregation section **31** is conveyed to the client server **42** and client computers **40** via the remediation bus **44**, remediation signature **46**, and remediation profile **48**. As discussed above, the remediation signature **46** is essentially a group of actions which can be taken to address or resolve a vulnerability. The signature may be provided by the intelligence agents **34** with the vulnerability information or, more typically, it may need to be constructed in response to the vulnerability information received. The construction may include some automated creation and/or some manual creation of the appropriate actions to be taken to address the subject vulnerability. Also as discussed, the remediation profile **48** contemplates a record or log of system information relating to the client computers **40** or client servers **42**. For instance, the profile may contain information regarding the formatting of the client computers **40** or server **42**, the software applications or versions running on the computers **40** or servers **42**, the remediation signatures already implemented on the computers **40** and servers **42**, the remediation history of the computers **40**, etc. By comparing the computer profiles with the vulnerability and remediation information obtained, what remediation may be required for each computer **40** or server **42** can be tracked. FIG. **2** also illustrates that the remediation types or groups **50** in this embodiment include configuration management, backdoor management, service management, account management, and patch management. The available remediation groups are coupled to the remediation bus **44**. It is contemplated that other remediation types or groups may be included as well.

FIG. **3** is a flow chart illustrating an overview of an embodiment of a computer vulnerability remediation process in accordance with the present invention. The remediation process **60** begins with vulnerability assessment in box **61**. Vulnerability assessment comprises using automated assessment tools and audit processes, intelligence agents, to verify the existence of known vulnerabilities on a given computer or computer network. This assessment process may also include device discovery; that is, the mapping of network and subnetwork components to be assessed and identifying the devices that will be targeted for vulnerability assessment. In box **62**, the vulnerability information is imported or aggregated in the system, typically in a remediation database, and remediation signatures can be constructed to address the identified vulnerabilities. As noted, the remediation signatures are typically associated with the corresponding vulnerabilities in the remediation database. The vulnerability information is then reviewed in box **63**. The review process typically includes analyzing the vulnerability information to prioritize and identify vulnerabilities for remediation, as well as acceptable risks (i.e., where no remediation is required). As indicated in box **64**, the remediation can then be scheduled to occur when, where, and how desired. This allows the remediation to occur in off-peak times to reduce interference with normal computer operations, on only the identified target computers, and in the manner desired. In box **65**, the remediation signatures are approved for dissemination to the client's target computers. This contemplates that remediation signatures can be selectively deployed. In addition, signatures designed to address the vulnerabilities identified may be tested and revised before approving the signatures for deployment. Once approved, the remediation signatures and vulnerability information are distributed to the system clients in box **66** for use on the client's computers. Then, remediation can occur as scheduled in box **67**. Finally, the remediation

8

undertaken can be reviewed to ensure the remediation was completed successfully via status reports or otherwise. In addition, remediation events may be logged or otherwise recorded to preserve the remediation information. Such information may be included in profiles for the client computers. As noted, such profiles may include information about the target devices such as system configuration, software, and prior remediation actions or a remediation history. Having such information allows for managed remediation of the client computers in the future. Overall then, the embodiment of the remediation process of FIG. **3** presents vulnerability assessment, vulnerability remediation, and vulnerability management as contemplated by the present invention.

FIG. **4** is a flow chart illustrating an embodiment of an aggregation and construction process for computer vulnerability remediation in accordance with the present invention. Essentially, the aggregation and construction process **70** can be viewed as a subprocess of the overall remediation process. The process **70** begins in box **71** with the gathering of vulnerability information from intelligence agents. As previously noted, these intelligence agents include automated vulnerability assessment tools, security intelligence services, manufacturers of computer hardware or software, etc. The vulnerability information retrieved from the intelligence agents is then aggregated in a remediation database as indicated in box **72**. In box **73**, the vulnerability information is then reviewed and analyzed. This may include sorting the information into related vulnerabilities or otherwise, categorizing or identifying certain related vulnerabilities, prioritizing vulnerabilities, etc. As indicated in box **74**, vulnerabilities are identified for creation of remediation signatures. A remediation signature resolves or addresses a vulnerability or type of vulnerability. A remediation signature is then constructed in box **75**. As noted, a remediation signature is a group of actions which addresses or resolves the subject vulnerability; for instance, modifying registry settings, changing security permissions, installing patches, etc. The creation of a remediation signature may be completely automated or may include some manual input as well. In box **76**, the remediation signature is tested to see if it effectively resolves or addresses the target vulnerability. If not, the process returns to box **75** and another remediation signature is constructed, then retested in box **76**. Once an effective signature has been constructed, the process continues to box **77**. In box **77**, selected signatures may be approved for distribution to clients. Approved signatures are then uploaded to a flash server making them available for download by clients in box **78**. In this way, new and updated remediation signatures which address or resolve identified vulnerabilities are made available for download by clients.

FIGS. **5**A and **5**B are a flow chart illustrating an embodiment of a remediation management process for computer vulnerability remediation in accordance with the present invention. Essentially, the aggregation and construction process **70** can be viewed as a subprocess of the overall remediation process. This embodiment of the remediation management process **80** is typically a software application installed on a client server which is coupled to a plurality of target client computers which may require remediation of security vulnerabilities. Accordingly, the process **80** begins in box **81** by launching the application. In box **82**, available remediation signatures and vulnerability information are downloaded, typically from a flash server. In box **83**, vulnerability assessment data is imported. Typically, this vulnerability assessment data comes from scanning tools which have scanned or analyzed the target computers for which

US 7,000,247 B2

9

remediation is being considered. The vulnerability assessment data includes information regarding the security vulnerabilities found on the target computers or devices. Based on the vulnerabilities identified on the target computers, the vulnerabilities are then mapped to remediation signatures in box **84**. In this embodiment, mapping of the identified vulnerabilities to corresponding remediation signatures occurs by referencing the remediation database information downloaded from the flash server. It is contemplated, however, that this information may have been previously downloaded, remotely accessed, or presently downloaded to make the necessary correlation between vulnerabilities and available signatures. A remediation profile is then generated for each target computer in box **85**. As noted, the profile typically includes information regarding the vulnerabilities identified on the target client computer as well as the corresponding signatures to address those vulnerabilities. In box **86**, the client user, typically an IT person or other computer security personnel, is given the opportunity to select which vulnerabilities should be remediated. Generally, the selection is made by reviewing the information regarding vulnerabilities, proposed signatures, and profiles. The selection and review may be made for each computer or by vulnerability. For example, a particular computer could be selected not to receive any remediation, perhaps because the computer does not pose a significant security risk, the vulnerabilities on the computer are not significant, the processes running on the computer cannot be interrupted for remediation, etc. Alternatively, a particular vulnerability could be deselected for all target client computers, such that the vulnerability would not be remediated on any of the target computers, perhaps because the vulnerability dose not pose a sufficient security risk, the remediation signature is deemed too risky, etc. Once the user has selectively managed which vulnerabilities will be remediated, the user can then select which computers will be approved to receive remediation in box **87**. In box **88**, the proposed remediation is analyzed to determine which remediation signatures will be required. In box **89**, the target client computers that are to receive remediation are notified that a remediation is to occur. In this embodiment, the notification essentially comprises a message passed to a local remediation application installed on each client computer. Included in the remediation notification may be when the remediation is scheduled to occur. For instance, the remediation can be scheduled to occur at the instance of a particular event, such as a user logging off the machine, logging in, or any other action. In addition, the remediation may be scheduled to occur at a particular time. Thus, using the target client computer's local clock the remediation can be initiated at the scheduled time. Or alternatively, the remediation could occur as soon as the notification is received at the target client computer. Regardless of the triggering event, when the trigger is met the local remediation is launched in box **90**.

The process **80** continues in FIG. 5B. Once the remediation is launched, the remediation profile for the client computer is then downloaded in box **91**. Typically, the profile is downloaded from the client server on which the client remediation management process application is running, i.e., the server that sent the notification of the pending remediation initially. The profile is then interpreted and the remediation signatures and actions specified in the profile are executed as indicated in box **92**. As noted in box **93**, during remediation the status of the remediation may be reported to the client server and monitored. In addition, the remediation steps may be prioritized and analyzed to ensure the most efficient sequence of execution as indicated in box

10

**94**. As noted in box **95**, a reboot may need to be performed for some of the remediation actions to take effect. Completion of the remediation on the target client computer is then logged to the client server in box **96**. Once remediation is completed, box **97** indicates that reports are generated indicative of the effect of the remediation. Whether the remediation was successful or not is determined in box **98**. If the remediation is not deemed successful, either because it did not resolve the identified vulnerabilities as evidenced by an additional security scan of the client computer, or because the remediation actions had unintended deleterious effects, etc., then the remediation can be rolled back or undone and the remediation process can be repeated as indicated in box **99**. If the remediation is deemed successful, i.e., vulnerabilities resolved and no deleterious effects for example, then the process ends in box **100**. In this manner, the new and updated remediation signatures made available to address or resolve identified vulnerabilities can be downloaded and used in an automated and managed remediation deployment to target client computers.

While the present invention has been illustrated and described in terms of particular apparatus and methods of use, it is apparent that equivalent parts may be substituted for those shown and other changes can be made within the scope of the present invention as defined by the appended claims.

The particular embodiments disclosed herein are illustrative only, as the invention may be modified and practiced in different but equivalent manners apparent to those skilled in the art having the benefit of the teachings herein. Furthermore, no limitations are intended to the details of construction or design herein shown, other than as described in the claims below. It is therefore evident that the particular embodiments disclosed above may be altered or modified and all such variations are considered within the scope and spirit of the invention. Accordingly, the protection sought herein is as set forth in the claims below.

The invention claimed is:

1. A system for resolving computer vulnerabilities, comprising:

    a remediation server capable of coupling to a security intelligence agent having information about computer vulnerabilities in order to aggregate said vulnerability information into a remediation database;

    a signature module coupled to said remediation server to construct a remediation signature for each vulnerability;

    a download server coupled to said signature module to provide remote access to said remediation signatures;

    a client server capable of coupling to said download server to access said remediation signatures;

    a deployment module coupled to said client server capable of deploying said remediation signatures to a client computer coupled to said client server; wherein said deployment module constructs a remediation profile for each client computer, wherein said remediation profile comprises remediation signatures to resolve vulnerabilities on said client computer;

    wherein a remediation signature comprises an automated sequence of actions which may be taken with respect to a client computer to modify the client computer to address a corresponding vulnerability on the client computer:

    wherein there are a plurality of remediation signatures and wherein the plurality of remediation signatures comprise at least one remediation signature of the registry management type, at least one remediation signature of

US 7,000,247 B2

11

the patch installation type and at least one remediation signature of at least one of the following additional remediation types: service management, security permissions management, account management, policy management, audit management, file management and process management.

2. The system of claim 1 further comprising:

a scanner capable of scanning said client computer to identify vulnerabilities;

a mapping module coupled to the client server capable of mapping said identified vulnerabilities to remediation signatures;

wherein said remediation profile comprises at least one identified vulnerability on the client computer and selectively included remediation signatures mapped to the identified vulnerabilities.

3. The system of claim 2, wherein the scanner is an independent scanner and further comprising:

an import module coupled to the client server capable of importing the identified vulnerabilities for the client computer.

4. The system of claim 1 wherein selective inclusion of said remediation signatures in said remediation profiles comprises inclusion of selected but not all remediation signatures.

5. The system of claim 1 wherein selective inclusion of said remediation signatures in said remediation profiles comprises inclusion of a remediation signature to selected but not all of the profiles of the plurality of computers in the network.

6. A system for resolving computer vulnerabilities, comprising:

a remediation server capable of coupling to a security intelligence agent having information about computer vulnerabilities in order to aggregate said vulnerability information into a remediation database;

a signature module coupled to said remediation server to construct a remediation signature for each vulnerability;

a download server coupled to said signature module to provide remote access to said remediation signatures;

a client server capable of coupling to said dowaload server to access said remediation signatures;

a deployment module coupled to said client server capable of deploying said remediation signatures to a client computer coupled to said client server; wherein said deployment module constructs a remediation profile for each client computer, wherein said remediation signatures can be selectively included in said remediation profile;

wherein a remediation signature comprises an automated sequence of actions which may be taken with respect to a client computer to modify the client computer to address a corresponding vulnerability on the client computer:

wherein there are a plurality of remediation signatures and wherein the plurality of remediation signatures comprise at least one remediation signature of the registry management type, at least one remediation signature of the patch installation type and at least one remediation signature of at least one of the following additional remediation types: service management, security permissions management, account management, policy management, audit management, file management and process management.

7. The system of claim 6 wherein there are a plurality of remediation signatures and wherein the plurality of reme-

12

diation signatures comprise all of the following remediation types: service management, registry management, security permissions management, account management, policy management, audit management, file management, process management, and patch installation.

8. The system of claim 6, wherein said remediation profile comprises remediation signatures to resolve vulnerabilities on said client computer.

9. The system of claim 8 further comprising:

a scanner capable of scanning said client computer to identify vulnerabilities;

a mapping module coupled to the client server capable of mapping said identified vulnerabilities to remediation signatures;

wherein said remediation profile comprises at least one identified vulnerability on the client computer and selectively included remediation signatures mapped to the identified vulnerabilities.

10. The system of claim 9, wherein the scanner is an independent scanner and further comprising:

an import module coupled to the client server capable of importing the identified vulnerabilities for the client computer.

11. The system of claim 8 wherein selective inclusion of said remediation signatures in said remediation profiles comprises inclusion of selected but not all remediation signatures.

12. The system of claim 8 wherein selective inclusion of said remediation signatures in said remediation profiles comprises inclusion of a remediation signature to selected but not all of the profiles of the plurality of computers in the network.

13. A method for resolving vulnerabilities in a plurality of computers in a network, comprising:

aggregating vulnerability information on a plurality of computer vulnerabilities;

constructing a remediation database of the plurality of computer vulnerabilities;

constructing at least one remediation signature to address a computer vulnerability; and deploying at least one remediation signature to at least a portion of the plurality of client computers; wherein the deploying of the remediation signatures comprises managing vulnerability resolution for the plurality of computers in the network;

wherein managing vulnerability resolution comprises selective resolution of vulnerabilities; wherein at least a portion of the plurality of client computers in the network are scanned and vulnerabilities identified and wherein selective resolution of vulnerabilities comprises resolution of an identified vulnerability in selected but not all of the plurality of computers in the network having the identified vulnerability;

wherein scanning and identifying comprises:

using an independent scanner to scan the at least a portion of the plurality of client computers in the network;

importing vulnerabilities on the at least a portion of the plurality of client computers in the network identified by the independent scanner;

and mapping the identified vulnerabilities to corresponding remediation signatures;

wherein a remediation signature comprises an automated sequence of actions which may be taken with respect to a client computer to modify the client computer to address a corresponding vulnerability on the client computer:

US 7,000,247 B2

13

wherein there are a plurality of remediation signatures and wherein the plurality of remediation signatures comprise at least one remediation signature of the registry management type, at least one remediation signature of the patch installation type and at least one remediation signature of at least one of the following additional remediation types: service management, security permissions management, account management, policy management, audit management, file management and process management.

14. The system of claim 13 wherein there are a plurality of remediation signatures and wherein the plurality of remediation signatures comprise all of the following remediation types: service management, registry management, security permissions management, account management, policy management, audit management, file management, process management, and patch installation.

15. The method of claim 13, wherein selective resolution of vulnerabilities comprises resolution of an identified vulnerability in selected but not all of the plurality of computers in the network having the identified vulnerability.

16. The method of claim 13, wherein selective resolution of at least one identified vulnerability comprises resolution of selected but not all of the identified vulnerabilities for which corresponding remediation signatures have been mapped.

17. The method of claim 13 wherein the aggregating of vulnerability information comprises obtaining vulnerability information from at least two security intelligence agents.

18. The method of claim 17 wherein the security intelligence agents comprise a database of information regarding known computer vulnerabilities.

19. The method of claim 17 wherein the security intelligence agents comprise a scanning service.

20. The method of claim 13 wherein constructing a remediation database further comprises associating each remediation signature to a corresponding computer vulnerability.

21. The method of claim 13 wherein constructing a remediation database further comprises constructing, testing and approving a remediation signature corresponding to a vulnerability.

22. The method of claim 13 wherein deploying at least one remediation signature comprises constructing a remediation profile for a client computer to address vulnerabilities on that computer.

23. The method of claim 13 wherein the remediation profile comprises selected remediation signatures for the client computer corresponding to vulnerabilities on the client computer.

24. The method of claim 13 further comprising downloading at least one remediation signature to a client server on the network and wherein deploying at least one remediation signature to at least a portion of the plurality of client computers comprises deploying at least one remediation signature from the client server.

25. The method of claim 24 wherein downloading at least one remediation signature comprises providing remote access to at least one remediation signature by uploading at least one approved remediation signature to a download server for remote access by client servers and subsequently downloading at least one remediation signature from the download server to a client server.

26. A method for resolving vulnerabilities in a plurality of computers in a network, comprising:

aggregating vulnerability information on a plurality of computer vulnerabilities;

14

constructing a remediation database of the plurality of computer vulnerabilities;

constructing at least one remediation signature to address a computer vulnerability;

using a scanner to scan at least a portion of the plurality of client computers in the network;

recording vulnerabilities identified by the scanner on the scanned portion of the plurality of client computers in the network;

mapping the identified vulnerabilities to corresponding remediation signatures;

managing vulnerability resolution by selectively resolving at least one identified vulnerability on at least a selected portion of the scanned portion of the plurality of client computers by deploying at least one remediation signature to the selected portion of the scanned portion of the plurality of client computers and using the deployed signature to remediate the identified vulnerability on the selected portion of the scanned portion of the plurality of client computers;

wherein a remediation signature comprises an automated sequence of actions which may be taken with respect to a client computer to modify the client computer to address a corresponding vulnerability on the client computer;

wherein there are a plurality of remediation signatures and wherein the plurality of remediation signatures comprise at least one remediation signature of the registry management type, at least one remediation signature of the patch installation type and at least one remediation signature of at least one of the following additional remediation types: service management, security permissions management, account management, policy management, audit management, file management and process management.

27. The system of claim 26 wherein there are a plurality of remediation signatures and wherein the plurality of remediation signatures comprise all of the following remediation types: service management, registry management, security permissions management, account management, policy management, audit management, file management, process management, and patch installation.

28. The method of claim 26, wherein selective resolution of vulnerabilities comprises resolution of an identified vulnerability in selected but not all of the plurality of computers in the network having the identified vulnerability.

29. The method of claim 26 wherein selective resolution of at least one identified vulnerability comprises resolution of selected but not all of the identified vulnerabilities for which corresponding remediation signatures have been mapped.

30. The method of claim 26 wherein the scanner is an independent scanner and wherein recording vulnerabilities comprises importing vulnerabilities from the independent scanner.

31. A system for resolving computer vulnerabilities, comprising:

a remediation server capable of coupling to a security intelligence agent having information about computer vulnerabilities in order to aggregate said vulnerability information into a remediation database;

a signature module coupled to said remediation server to construct a remediation signatures, each remediation signature corresponding to a vulnerability;

a client server capable of receiving said remediation signatures;

US 7,000,247 B2

| 15 | 16 |

a deployment module coupled to said client server capable of deploying said remediation signatures to a client computer coupled to said client server; wherein said deployment module constructs a remediation profiles, each remediation profile corresponding to a client computer, wherein said remediation profiles comprise remediation signatures to resolve vulnerabilities on said corresponding client computers;

wherein a remediation signature comprises an automated sequence of actions which may be taken with respect to a client computer to modify the client computer to address a corresponding vulnerability on the client computer;

wherein there are a plurality of remediation signatures and wherein the plurality of remediation signatures comprise at least one remediation signature of the registry management type, at least one remediation signature of the patch installation type and at least one remediation signature of at least one of the following additional remediation types: service management, security permissions management, account management, policy management, audit management, file management and process management.

**32.** A system for resolving computer vulnerabilities comprising:

a remediation server capable of coupling to a security intelligence agent having information about computer vulnerabilities in order to aggregate said vulnerability information into a remediation database;

a signature module coupled to said remediation server to construct a remediation signatures, each remediation signature corresponding to a vulnerability;

a client server capable of receiving said remediation signatures;

a deployment module coupled to said client server capable of deploying said remediation signatures to a client computer coupled to said client server; wherein said deployment module constructs a remediation profiles, each remediation profile corresponding to a client computer, wherein said remediation signatures can be selectively included in said remediation profiles;

wherein a remediation signature comprises an automated sequence of actions which may be taken with respect to a client computer to modify the client computer to address a corresponding vulnerability on the client computer;

wherein there are a plurality of remediation signatures and wherein the plurality of remediation signatures comprise at least one remediation signature of the registry management type, at least one remediation signature of the patch installation type and at least one remediation signature of at least one of the following additional remediation types: service management, security permissions management, account management, policy management, audit management, file management and process management.

**33.** The system of claim **32** wherein said remediation profiles comprise remediation signatures to resolve vulnerabilities on said corresponding client computers.

**34.** The system of claim **33** further comprising:

a scanner capable of scanning said client computer to identify vulnerabilities;

a mapping module coupled to the client server capable of mapping said identified vulnerabilities to remediation signatures;

wherein said remediation profile comprises at least one identified vulnerability on the client computer and selectively included remediation signatures mapped to the identified vulnerabilities.

**35.** The system of claim **34**, wherein the scanner is an independent scanner and further comprising:

an import module coupled to the client server capable of importing the identified vulnerabilities for the client computer.

**36.** The system of claim **33** wherein selective inclusion of said remediation signatures in said remediation profiles comprises inclusion of selected but not all remediation signatures.

**37.** The system of claim **33** wherein selective inclusion of said remediation signatures in said remediation profiles comprises inclusion of a remediation signature to selected but not all of the profiles of the plurality of computers in the network.

**38.** A system for resolving computer vulnerabilities in a plurality of computers on a network comprising:

a remediation server capable of coupling to a security intelligence agent having information about computer vulnerabilities in order to aggregate said vulnerability information into a remediation database;

a signature module coupled to said remediation server to construct a remediation signatures, each remediation signature corresponding to a vulnerability;

a client server capable of receiving said remediation signatures;

a deployment module coupled to said client server capable of deploying said remediation signatures to a selection of client computers coupled to said client server, wherein said deployment module constructs remediation profiles, each remediation profile corresponding to a client computer, wherein said remediation profiles comprise selectively included remediation signatures to resolve vulnerabilities on said corresponding client computers;

wherein a remediation signature comprises an automated sequence of actions which may be taken with respect to a client computer to modify the client computer to address a corresponding vulnerability on the client computer;

wherein there are a plurality of remediation signatures and wherein the plurality of remediation signatures comprise at least one remediation signature of the registry management type, at least one remediation signature of the patch installation type and at least one remediation signature of at least one of the following additional remediation types: service management security permissions management, account management, policy management audit management, file management and process management.

**39.** The system of claim **38** wherein there are a plurality of remediation signatures and wherein the plurality of remediation signatures comprise all of the following remediation types: service management, registry management, security permissions management, account management, policy management, audit management, file management, process management, and patch installation.

**40.** The system of claim **38** further comprising:

a scanner capable of scanning a portion of the plurality of client computers on the network to identify vulnerabilities on each of the scanned client computers;

a mapping module coupled to the client server capable of mapping said identified vulnerabilities to remediation signatures;

US 7,000,247 B2

17

18

wherein each said remediation profile comprises at least one identified vulnerability on the client computer and selectively included remediation signatures mapped to the identified vulnerabilities.

41. The system of claim 40, wherein the scanner is an independent scanner and further comprising:

an import module coupled to the client server capable of importing the identified vulnerabilities for the client computers.

42. The system of claim 38 wherein selective inclusion of said remediation signatures in said remediation profiles comprises inclusion of selected but not all remediation signatures.

43. The system of claim 38 wherein selective inclusion of said remediation signatures in said remediation profiles comprises inclusion of a remediation signature to selected but not all of the profiles of the plurality of computers in the network.

44. The system of claim 38 further comprising:

a download server coupled to said signature module to provide remote access to said remediation signatures;

wherein the client server is capable of coupling to said download server to receive said remediation signatures.

* * * * *

# EXHIBIT 2

# CONLEY ROSE

A Professional Corporation

| Austin Office | Dallas Office | Houston Office |
|---|---|---|
| The Chase Building | Granite Park Two | Chase Tower |
| 700 Lavaca, Suite 800 | 5700 Granite Parkway, Suite 330 | 600 Travis, Suite 7100 |
| Austin, Texas 78701-3102 | Plano, Texas 75024-6616 | Houston, Texas 77002-2912 |
| (512) 476-1400 | (972) 731-2288 | (713) 238-8000 |
| Facsimile (512) 703-1250 | Facsimile (972) 731-2289 | Facsimile (713) 238-8008 |

INTELLECTUAL PROPERTY LAW
INCLUDING PATENTS, TRADEMARKS,
COPYRIGHTS AND UNFAIR COMPETITION

Writer's Direct Dial
(972) 731-2284
email: mpiper@dfw.conleyrose.com

March 10, 2004

Attn: Ned Miller
Secure Elements
13800 Coppermine Road
Herndon, VA 20171-3408

> Re: Citadel Security Software, Inc.
> Infringement of United States Patent Publication No. 20030126472A1
> Publication Date July 3, 2003
> Automated Computer Vulnerability Resolution System

Dear Sir:

We represent Citadel Security Software, Inc. ("Citadel") with respect to its intellectual property portfolio.

We must advise you that Citadel has applied for patent protection for its proprietary automated computer vulnerability resolution system. A copy of Citadel's relevant U.S. Patent Publication No. 20030126472A1, published July 3, 2003, is attached.

It has come to Citadel's attention that you have been working with Doll Capital Management to whom Citadel disclosed substantial information regarding its product and approaches. It has also come to Citadel's attention that you are now marketing a product as providing Class 5 Automated Vulnerability Remediation. From our review of your press releases and publicly available marketing literature, we believe that your product will infringe our patent based on our published patent application cited above.

Although the U.S. Patent has not yet issued, due to our published patent application, Citadel has certain provisional rights. Please consider this letter notice under 35 U.S.C. § 154(d)(1)(B) that Citadel considers your actions to constitute infringement of its provisional rights in the above patent application.

Please also take note that the patent statute, 35 U.S.C. § 154, provides in part:

16373.01/4059.00000

Ned Miller
Secure Elements
March 10, 2004
Page 2

(d) PROVISIONAL RIGHTS.— (1) IN GENERAL.— In addition to other rights provided by this section, a patent shall include the right to obtain a reasonable royalty from any person who, during the period beginning on the date of publication of the application for such patent under section 122(b), or in the case of an international application filed under the treaty defined in section 351(a) designating the United States under Article 21(2)(a) of such treaty, the date of publication of the application, and ending on the date the patent is issued— (A) (i) makes, uses, offers for sale, or sells in the United States the invention as claimed in the published patent application or imports such an invention into the United States; or (ii) if the invention as claimed in the published patent application is a process, uses, offers for sale, or sells in the United States or imports into the United States products made by that process as claimed in the published patent application; and (B) had actual notice of the published patent application and, in a case in which the right arising under this paragraph is based upon an international application designating the United States that is published in a language other than English, had a translation of the international application into the English language.

(2) RIGHT BASED ON SUBSTANTIALLY IDENTICAL INVENTIONS.— The right under paragraph (1) to obtain a reasonable royalty shall not be available under this subsection unless the invention as claimed in the patent is substantially identical to the invention as claimed in the published patent application.

Through a related application under the Patent Cooperation Treaty, which has been through a search and preliminary examination, the application and its current claims have been reviewed and found to be novel and provide an inventive step. Based on these results, we have confidence that we will have similar success in the U.S. prosecution and in due course will be issuing a U.S. Patent having claims substantially identical to those in the published patent application.

Further, once a patent issues, we may be entitled to our own lost profits as well as injunctive relief preventing you from making using or selling your infringing product. Further, due to your in-depth knowledge of us and our product presumably through your contact with Doll Capital Management, we can only assume that your actions are willful acts to knowingly pirate our intellectual capital and infringe our patents. This type of willful infringement may also be the basis for award of enhanced damages and attorney's fees, which we would fully intend to pursue in such a litigation.

Please respond to this letter advising me of your position, the current status of your company and its product, and your proposed remedial action. If you have factual information which mitigates the apparent willful acts on your part, we will be willing to consider it in determining whether to file suit, take other appropriate action, or reach some other accommodation to resolve the dispute between our companies.

16373.01/4059.00000

Ned Miller
Secure Elements
March 10, 2004
Page 2


     We appreciate your cooperation in this matter.    Please contact me if you have any questions.  We look forward to your response.


               Sincerely,

               CONLEY ROSE, P.C.


               Michael W. Piper

MWP/tr
Enclosure

C:
Robert E. Grady
Carlyle Venture Partners
600 Montgomery Street, 39th Floor
San Francisco, CA 94111

Dixon Doll
Doll Capital Management
2420 Sand Hill Road, Suite 200
Menlo Park, CA 94025

Steven B. Solomon
Citadel Security Software Inc.
8750 N Central Expy., Suite 100
Dallas, TX 75231

16373.01/4059.00000