IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SECURE ELEMENTS, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>CITADEL SECURITY SOFTWARE, INC.,<br><br>    Defendant and Counterclaim Plaintiff. | C.A. No. 06-98-KAJ |

CITADEL'S DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. 7.1

    The undersigned counsel for defendant and counter-plaintiff Citadel Security Software, Inc. ("Citadel") in the above action, certifies that Citadel has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Dated: March 6, 2006    **FISH & RICHARDSON P.C.**

By: /s/ *William J. Marsden, Jr.*
William J. Marsden, Jr.
Delaware Bar No. 2247
wjm@fr.com
Kyle Wagner Compton
Delaware Bar No. 4693
kwc@fr.com
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899
302-652-5070 (Telephone)
302-652-2091 (Telecopy)

*Of Counsel*

Steven H. Stodghill
Texas Bar No. 19261100
shs@fr.com
Neil J. McNabnay
Texas Bar No. 24002583
njm@fr.com
Decker Cammack
Texas Bar No. 24036311
dmc@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
214-747-5070 (Telephone)
214-747-2091 (Telecopy)

**ATTORNEYS FOR DEFENDANT
CITADEL SECURITY SOFTWARE, INC.**

**CITADEL'S ANSWER AND COUNTERCLAIM -- PAGE 2**

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2006, I electronically filed **CITADEL'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** with the Clerk of Court this document using CM/ECF which will send electronic notification of such filing to the following Delaware counsel. Additionally, a copy will be served via hand delivery.

| | |
|---|---|
| Steven J. Balick, Esq.<br>John G. Day, Esquire<br>Lauren E. Maguire<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | *Attorneys for Plaintiff*<br>*Secure Elements, Inc.* |

I also certify that on March 6, 2006, I caused the above document to be served via Federal Express on the following non-registered participant.

| | |
|---|---|
| Jonathan G. Graves<br>Nathan K. Cummings<br>Cooley Godward, LLP - VA<br>One Freedom Square<br>Reston Town Center<br>11951 Freedom Drive<br>Reston, VA 20190-5656 | *Attorneys for Plaintiff*<br>*Secure Elements, Inc.* |

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr.

90163905.doc