IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SECURE ELEMENTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITADEL SECURITY SOFTWARE, INC., <br><br> Defendant. | C.A. No. 06-98-KAJ |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Steven H. Stodghill, Neil J. McNabnay, and Decker A. Cammack, to represent defendant Citadel Security Software, Inc. in this matter.

Dated: March 10, 2006

FISH & RICHARDSON P.C.

By: /s/ _____
William J. Marsden, Jr. (marsden@fr.com)
Kyle W. Compton (kcompton@fr.com)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel: (302) 652-5070
Fax: (302) 652-0607

*Attorneys for Defendant
Citadel Security Software, Inc.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2006    _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of the State of Texas, the Northern and Western Districts of Texas, the United States Court of Appeals for the Fifth and Federal Circuits, and the United States Supreme Court. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: March 9, 2006

Signed: _____
Steven H. Stodghill
Fish & Richardson P.C.
5000 Bank One Center
1717 Main Street
Dallas, Texas 75201

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of the State of Texas and the United States District Courts for the Northern, Eastern, Western, and Southern Districts of Texas. I am also registered to practice before the United States Patent and Trademark Office. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: MARCH 9, 2006           Signed: _____
                                       Neil J. McNabnay
                                       Fish & Richardson P.C.
                                       5000 Bank One Center
                                       1717 Main Street
                                       Dallas, Texas 75201

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of the State of Texas and the United States District Courts for the Northern, Eastern, Western, and Southern Districts of Texas. I am also registered to practice before the United States Patent and Trademark Office. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: March 9, 2006        Signed: _____
                                    Decker A. Cammack
                                    Fish & Richardson P.C.
                                    5000 Bank One Center
                                    1717 Main Street
                                    Dallas, Texas 75201

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2006, I electronically filed the attached **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

Steven J. Balick, Esq.  *Plaintiff Secure Elements, Inc.*
John G. Day, Esquire
Lauren E. Maguire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899

I hereby certify that on March 10, 2006, I have mailed by United Sates Postal Service, the document(s) to the following non-registered participants:

Jonathan G. Graves  *Plaintiff Secure Elements, Inc.*
Nathan K. Cummings
Cooley Godward, LLP - VA
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA 20190-5656

_____
William J. Marsden, Jr. (#2247)

80030700.doc