IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| SECURE ELEMENTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-98-KAJ |
| CITADEL SECURITY SOFTWARE, INC., | ) ) ) | |
| Defendant. | ) ) ) | |

**SECURE ELEMENTS' REPLY TO
COUNTERCLAIM OF DEFENDANT CITADEL**

Plaintiff Secure Elements, Inc. ("Secure Elements"), by counsel, hereby replies to the Counterclaim of Defendant Citadel Security Software, Inc. ("Citadel"), dated March 6, 2006, as follows:

1-30.   The Counterclaim of Citadel (hereinafter "the Citadel Counterclaim") begins with paragraph 31. Therefore, no reply to paragraphs 1 through 30, inclusive, which comprise Citadel's Answer, is required or made.

31.   Secure Elements admits that Citadel is a Delaware corporation with its principal place of business at Two Lincoln Centre, 5420 LBJ Freeway, Suite 1600, Dallas, TX 75240. Secure Elements is without knowledge or information sufficient to form a belief as to the remainder of the allegations of paragraph 31 and, accordingly, denies same.

32.   Secure Elements admits the allegations set forth in paragraph 32 of the Citadel Counterclaim.

33.   Secure Elements admits that this action arises under the Patent laws and that this Court has subject matter jurisdiction over this cause of action pursuant to 28 U.S.C. §§ 1331 and 1338. Secure Elements also admits that a copy of what purports to be the '247 patent is attached

to the Citadel Counterclaim.  Secure Elements denies the remaining allegations in paragraph 33 of the Citadel Counterclaim.

34. Secure Elements admits that it is incorporated in Delaware.  Secure Elements admits that this Court has personal jurisdiction over Secure Elements and that venue is proper in this judicial district under 28 U.S.C. §§ 1391(b), (c) and 1400(b).  Secure Elements denies the remaining allegations in paragraph 34 of the Citadel Counterclaim.

## COUNTERCLAIM COUNT I
### INFRINGEMENT OF U.S. PATENT NO. 7,000,247

35. Secure Elements realleges and incorporates by reference paragraphs 31-34 of this Reply as if fully set forth herein.  No reply to paragraphs 1 through 30, inclusive, which comprise Citadel's Answer, is required or made.

36. Secure Elements admits that a provisional application entitled "Automated Computer Vulnerability Resolution System" was filed on December 31, 2001.  Secure Elements admits that a utility application claiming priority to the provisional application and bearing the same title was filed on December 31, 2002.  Secure Elements admits that the '247 patent issued on February 14, 2006.  Secure Elements denies all other allegations set forth in paragraph 36 of Citadel's Counterclaim.

37. Secure Elements admits that Citadel is the owner of all right, title, and interest in and to the '247 patent by assignment.

38. Secure Elements denies all allegations set forth in paragraph 38 of Citadel's Counterclaim.

39. Secure Elements denies all allegations set forth in paragraph 39 of Citadel's Counterclaim.

40. Secure Elements denies all allegations set forth in paragraph 40 of Citadel's Counterclaim.

41.     Secure Elements denies all allegations set forth in paragraph 41 of Citadel's Counterclaim.

WHEREFORE, Secure Elements prays for judgment in its favor on the Citadel Counterclaim, that Citadel's requested relief be denied in full, and for the relief requested in Secure Elements' Complaint.

ASHBY & GEDDES

*John G. Day*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff*

*Of Counsel:*

Jonathan G. Graves
Nathan K. Cummings
Erik B. Milch
COOLEY GODWARD LLP
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, Virginia  20190-5656
Telephone:  (703) 456-8000
Facsimile:  (703) 456-8100

Dated:  March 27, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of March, 2006, the attached **SECURE ELEMENTS REPLY TO COUNTERCLAIM OF DEFENDANT CITADEL** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William J. Marsden, Jr., Esquire<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE  19899 | HAND DELIVERY |
| Steven H. Stodghill, Esquire<br>Fish & Richardson P.C.<br>1717 Main Street, Suite 5000<br>Dallas, TX  75201reet | VIA FEDERAL EXPRESS |

  */s/ John G. Day*
  _____
  John G. Day

167388.1