# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

**222 DELAWARE AVENUE**

**P. O. BOX 1150**

**WILMINGTON, DELAWARE 19899**

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

April 6, 2006

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

<u>VIA ELECTRONIC FILING</u>

Re:     *Secure Elements, Inc. v. Citadel Security Software, Inc.,*
        *C.A. No. 06-98-KAJ*

Dear Judge Jordan:

I represent the plaintiff ("Secure Elements") in the above action, in which a Rule 16 teleconference is scheduled at 9:30 a.m. on April 17, 2006. I am writing to request the postponement of that teleconference. Defendant ("Citadel") opposes this request.

A request for reexamination of all claims of the patent-in-suit was filed with the United States Patent & Trademark Office ("PTO") on March 2, 2006. If the PTO grants that request and reexamines the patent, then Secure Elements will move to stay this action pending the outcome of the reexamination. For the parties and the Court to expend enormous amounts of time and effort litigating the current version of the patent-in-suit, when the PTO may render that effort totally useless by subsequently finding the patent invalid, or by altering its claims, would be an extraordinary waste. A stay would afford the parties and the Court the benefit of knowing, before the expenditure of any further effort, whether the patent has survived reexamination at all, and even if it has, whether and to what extent the surviving claim terms have been rewritten.

The PTO grants an overwhelming percentage of the requests for reexamination that are filed annually (approximately 95% in 2005). Moreover, the PTO's recent practice has been to decide requests for reexamination within approximately two months of filing, and indeed it is statutorily required to do so within no more than three months of filing. Thus, we are very likely to know the PTO's decision within two weeks of the current Rule 16 conference date, and under no circumstances will we find out the PTO's decision more than six weeks after the current teleconference date. A delay of no more than six weeks will not unduly prejudice Citadel, particularly since Citadel has proposed a trial date in January 2008.

Rather than have the parties and the Court work to put a case schedule in place now, when that effort may soon prove to have been a waste of everyone's time, Secure Elements respectfully requests that the Court cancel the current Rule 16 conference and order as follows: When the PTO decides the request for reexamination, Citadel will notify Secure Elements of the

The Honorable Kent A. Jordan
April 6, 2006
Page 2


PTO's decision.  If the PTO grants the request, then within one week of receiving Citadel's notice, Secure Elements shall file its motion and supporting papers seeking a stay of the litigation pending the outcome of the reexamination.  If the PTO denies the request for reexamination, then within 48 hours Secure Elements shall so advise the Court and shall request the scheduling of a new Rule 16 conference.  For Your Honor's convenience a proposed form of order is attached, in the event the Court is inclined to accept Secure Elements' proposal.

We would be grateful if Your Honor please will let us know as soon as possible how the Court wishes to proceed, given that the parties currently are scheduled to submit a proposed scheduling order this Wednesday morning, April 12, 2006.

Respectfully,

*/s/ Steven J. Balick*

Steven J. Balick


SJB/dmf
Attachment
168307.1

c:     William J. Marsden, Jr., Esquire (by hand delivery; w/attachment)
       Steven H. Stodghill, Esquire (via electronic mail; w/attachment)
       Jonathan G. Graves, Esquire (via electronic mail; w/attachment)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SECURE ELEMENTS, INC.,              )
                                    )
                Plaintiff,          )
                                    )
        v.                          )    C.A. No. 06-98-KAJ
                                    )
CITADEL SECURITY SOFTWARE, INC.,    )
                                    )
                Defendant.          )

## <u>ORDER</u>

WHEREAS, a Rule 16 teleconference in the above action is scheduled to take place at 9:30 a.m. on April 17, 2006;

WHEREAS, it has been represented to the Court by plaintiff ("Secure Elements") that a request for reexamination of all claims of the patent-in-suit was filed with the United States Patent and Trademark Office ("PTO") on March 2, 2006, and that under PTO practice, a decision on that request is anticipated by no later than June 2, 2006;

WHEREAS, if the PTO grants the request, Secure Elements has indicated that it will seek a stay of this action pending the results of the reexamination;

WHEREAS, Secure Elements has asked the Court to cancel the Rule 16 conference in order to defer work on the case schedule by the parties and the Court until after the PTO has decided whether to grant the request for reexamination; and

WHEREAS, the Court has concluded that there are good grounds for the relief requested by Secure Elements; now therefore,

IT IS HEREBY ORDERED, this _____ day of _____, 2006, as follows:

1.      The Rule 16 teleconference currently scheduled to take place at 9:30 a.m. on April 17, 2006 is canceled.

2.      When the PTO decides the request for reexamination, counsel to defendant ("Citadel") shall notify Secure Elements' counsel of the decision.

3.      If the PTO grants the request, then within one week of receiving Citadel's notice of the decision, Secure Elements shall file its motion and supporting papers seeking a stay of the litigation pending the outcome of the reexamination.  If the PTO denies the request, then within 48 hours of receiving Citadel's notice of the decision, Secure Elements shall so advise the Court and shall request the scheduling of a new Rule 16 teleconference.


_____
United States District Judge


168320.1