IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SECURE ELEMENTS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITADEL SECURITY SOFTWARE, INC., )<br>)<br>Defendant. ) | C.A. No. 06-98-KAJ |

**STIPULATED ORDER STAYING LITIGATION
PENDING RE-EXAMINATION OF THE PATENT-IN-SUIT**

WHEREAS, Plaintiff Secure Elements filed the present action against Citadel on February 14, 2006, seeking a declaratory judgment of non-infringement and invalidity of United States Patent No. 7,000,247 ("the '247 patent");

WHEREAS, Citadel filed a counterclaim accusing Secure Elements of infringing the '247 patent;

WHEREAS, on April 19, 2006, the United States Patent and Trademark Office ("PTO") ordered reexamination of all claims of the '247 patent;

WHEREAS, this action is in its earliest stages and neither party has requested or exchanged any discovery; and

WHEREAS, the parties believe that a stay of this litigation pending the outcome of the reexamination of the '247 patent would promote the efficient adjudication of this case and conserve the resources of the parties and the Court; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, as follows:

1.      The present action is stayed for all purposes until the PTO issues an Ex Parte Reexamination Certificate in connection with the '247 patent.

2.      Within ten days of issuance of the Ex Parte Reexamination Certificate, the parties will contact the Court to request a teleconference to report on the status of the re-examination.

| ASHBY & GEDDES | FISH & RICHARDSON, P.C. |
|---|---|
| /s/ *John G. Day* | /s/ *Kyle Wagner Compton* |
| _____ | _____ |
| Steven J. Balick (I.D. #2114) | William J. Marsden, Jr., (I.D. #2247) |
| John G. Day (I.D. #2403) | Kyle Wagner Compton (I.D. #4693) |
| Lauren E. Maguire (I.D. #4261) | 919 N. Market Street |
| 222 Delaware Avenue, 17th Floor | Suite 1100 |
| P.O. Box 1150 | P.O. Box 1114 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| 302-654-1888 | 302-778-8401 |
| sbalick@ashby-geddes.com | marsden@fr.com |
| jday@ashby-geddes.com | kcompton@fr.com |
| lmaguire@ashby-geddes.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |
| | |
| *Of Counsel:* | *Of Counsel:* |
| | |
| Jonathan G. Graves | Steven H. Stodghill |
| Nathan K. Cummings | Neil J. McNabnay |
| Erik B. Milch | Decker A. Cammack |
| COOLEY GODWARD LLP | FISH & RICHARDSON, P.C. |
| 11951 Freedom Drive | 1717 Main St., Ste. 5000 |
| Reston, Virginia 20190-5656 | Dallas, TX 75201 |
| Telephone: (703) 456-8000 | Telephone: (214) 747-5070 |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

169389.1