IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SECURE ELEMENTS, INC.,           )
                                 )
           Plaintiff,            )
                                 )
      v.                         )    C.A. No. 06-98-KAJ
                                 )
CITADEL SECURITY SOFTWARE, INC., )
                                 )
           Defendant.            )

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that the law firm of Ashby & Geddes is moving to new offices.

Effective December 18, 2006, the firm's address will be as follows:

> Ashby & Geddes
> 500 Delaware Avenue, 8th Floor
> P.O. Box 1150
> Wilmington, DE 19899 (19801 for hand deliveries)

The firm's telephone number, facsimile number, and e-mail address will remain unchanged.

ASHBY & GEDDES

*/s/ Steven J. Balick*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
302-654-1888

*Attorneys for Plaintiff*

*Of Counsel:*

Jonathan G. Graves
Nathan K. Cummings
Erik B. Milch
COOLEY GODWARD LLP
11951 Freedom Drive
Reston, Virginia  20190-5656
(703) 456-8000

Dated:  December 14, 2006
175972.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of December, 2006, the attached **NOTICE OF**

**CHANGE OF FIRM ADDRESS** was served upon the below-named counsel of record at the

address and in the manner indicated:


William J. Marsden, Jr., Esquire                    VIA ELECTRONIC MAIL
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899

Steven H. Stodghill, Esquire                        VIA ELECTRONIC MAIL
Fish & Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX  75201


                                        */s/ Steven J. Balick*
                                        _____
                                        Steven J. Balick