IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SECURE ELEMENTS, INC.,<br><br>Plaintiff and Counterclaim Defendant<br><br>v.<br><br>CITADEL SECURITY SOFTWARE, INC.<br>n/k/a CDSS WIND DOWN, INC.,<br><br>Defendant and Counterclaim Plaintiff | Civil Action No. 06-98 (***) |

## MOTION FOR WITHDRAWAL OF COUNSEL

Fish & Richardson, P.C, counsel for defendant Citadel Security Software, Inc. n/k/a CDSS Wind Down, Inc. ("CDSS"), hereby respectfully moves to withdraw its appearance as attorneys of record. The grounds for this motion are explained below:

1. CDSS's assets, including the patent at issue in this case and all rights thereunder, were recently sold to McAfee, Inc. as part of an asset sale.

2. Prior to the asset sale, Fish & Richardson P.C. informed both CDSS and McAfee that it could not represent McAfee in this litigation because Fish & Richardson is counsel of record in an unrelated Texas litigation where it represents a party adverse to McAfee ("the unrelated Texas litigation").

3. Defendant CDSS has been informed of all pending deadlines and does not oppose this motion.

4. With the recent completion of the asset sale, Fish & Richardson P.C. contacted McAfee and asked to whom it should transfer the files for this case since Fish & Richardson P.C.'s client, CDSS, no longer has an interest in this case as it no longer owns the patent in suit. New counsel will need to arrange for the proper party, McAfee, to be brought into the litigation as the defendant/counterplaintiff.

4. McAfee has been contacted regarding Fish & Richardson P.C.'s intent to withdraw and was asked to provide the name of counsel who will represent its interests in this case so that a substitution of counsel could be prepared. McAfee has not responded to that request but has instead expressed concern in court about conflict of interest and suggested to the court that Fish & Richardson P.C.'s representation of CDSS in this matter might require disqualification of the firm in the unrelated Texas action. Accordingly, Fish & Richardson P.C. had no choice but to file this motion

5. Presently, this case is stayed pending reexamination of U.S. Patent No. 7,000,247 (the "'247 Patent", or the "patent-in-suit") after the parties filed a Joint Stipulation to Stay Proceedings. *See* D.I. 17. The Court issued its Order to stay this case on May 12, 2006. *See* D.I. 18.

6. Due to the existing stay and the fact that no substantive discovery has even begun in this case, neither party will be prejudiced by the withdrawal of Fish & Richardson as Counsel for CDSS.

Dated: January 11, 2007

FISH & RICHARDSON P.C.

By: */s/ Kyle Wagner Compton*
William J. Marsden, Jr. (#2247) wjm@fr.com
Kyle Wagner Compton (#4693) kwc@fr.com
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899
302-652-5070

Steven H. Stodghill (TX Bar No. 19261100)
Neil J. McNabnay (TX Bar No. 24002583)
Decker Cammack (TX Bar No. 24036311)
1717 Main Street, Suite 5000
Dallas, TX 75201
214-747-5070

Attorneys for Defendant
Citadel Security Software, Inc.

## RULE 7.1.1 CERTIFICATION

As set forth in the body of the motion, Fish & Richardson P.C.'s client defendant Citadel Security Software, Inc. n/k/a CDSS Wind Down, Inc. ("CDSS") does not oppose this motion. Pursuant to D. Del. L.R. 7.1.1, this afternoon the undersigned also advised Delaware counsel for plaintiff Secure Elements, Inc. of our intention to file this motion. On short notice, counsel for Secure Elements, Inc. was not able to provide an answer as to whether they will take a position on the motion. Because of McAfee's suggestion that it may seek to disqualify Fish & Richardson P.C. in the unrelated Texas litigation, this motion was filed without waiting for a further response.

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2007, I electronically filed with the Clerk of Court MOTION FOR WITHDRAWAL OF COUNSEL using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

| | |
|---|---|
| Steven J. Balick, Esq.<br>John G. Day, Esquire<br>Lauren E. Maguire<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899 | Plaintiff<br>Secure Elements, Inc. |

I hereby certify that on January 12, 2007, I have e-mailed, the document(s) to the following non-registered participants:

| | |
|---|---|
| Jonathan G. Graves<br>Nathan K. Cummings<br>Cooley Godward, LLP - VA<br>One Freedom Square<br>Reston Town Center<br>11951 Freedom Drive<br>Reston, VA 20190-5656<br>jgraves@cooley.com<br>ncummings@cooley.com | Plaintiff<br>Secure Elements, Inc. |
| Steve Solomon<br>CDSS Wind Down, Inc.<br>Two Lincoln Centre<br>5420 LBJ Freeway<br>Suite 1600<br>Dallas, TX 75240 | Client<br>CDSS Wind Down, Inc. |
| Chris Puffer<br>McAfee, Inc.<br>Legal Department<br>5000 Headquarters Drive<br>Plano, TX 75024 | |

*/s/ Kyle Wagner Compton*
Kyle Wagner Compton

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SECURE ELEMENTS, INC.,<br><br>Plaintiff and Counterclaim Defendant<br><br>v.<br><br>CITADEL SECURITY SOFTWARE, INC.,<br><br>Defendant and Counterclaim Plaintiff | Civil Action No. 06-98 (***) |

## ORDER

Having reviewed the Motion for Withdrawal of Appearance filed by Fish & Richardson P.C. in this action,

IT IS SO ORDERED that the Motion for Withdrawal of Appearance is hereby granted.

SO ORDERED this _____ day of January, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE