IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SECURE ELEMENTS, INC., <br><br> Plaintiff and Counterclaim Defendant <br><br> v. <br><br> CITADEL SECURITY SOFTWARE, INC., <br><br> Defendant and Counterclaim Plaintiff | Civil Action No. 06-98 (***) |

## ORDER

Having reviewed the Motion for Withdrawal of Appearance filed by Fish & Richardson P.C. in this action,

IT IS SO ORDERED that the Motion for Withdrawal of Appearance is hereby granted.

SO ORDERED this ___ day of January, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE
Magistrate