# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

February 27, 2007

The Honorable Mary Pat Thynge      <u>VIA ELECTRONIC FILING</u>
United States District Court
844 King Street
Wilmington, DE 19801

    Re:    <u>*Secure Elements, Inc. v. Citadel Security Software, Inc.*,
            C.A. No. 06-98-\*\*\*</u>

Dear Judge Thynge:

    I represent the plaintiff ("Secure Elements") in the above action, in which Your Honor recently ordered the submission of a joint status report and scheduled a status teleconference to take place at noon on March 5, 2007 (D.I. 22). Counsel for the defendant ("Citadel") previously moved to withdraw, which motion was granted on January 19, 2007 (D.I. 21), and to date no new counsel have appeared on Citadel's behalf. Accordingly, while the submission of a *joint* status report is not possible, Secure Elements hereby provides its own report regarding the status of this matter.

    By stipulated order entered by Judge Jordan on May 12, 2006 (D.I. 17) (the "Stay Order"), this action has been stayed pending reexamination of the patent-in-suit (U.S. Patent No. 7,000,247). Pursuant to the Stay Order, the parties are to contact the Court within 10 days of the issuance of a reexamination certificate to request a teleconference to report on the status of the reexamination.

    No motions are outstanding, and when the stay went into effect, neither party had yet served any discovery requests. Although shortly before the stay was entered a scheduling order was issued, and although the scheduling order included a referral to Your Honor for purposes of exploring ADR, no mediation or other form of ADR ever was scheduled, and there are no other deadlines or events other than the aforementioned requirement to notify the Court and request a teleconference upon issuance of a reexamination certificate by the Patent Office.

    Ms. Kennedy has advised that we should assume the March 5, 2007 status conference will proceed notwithstanding the absence of defense counsel, and unless I hear otherwise, I will plan on initiating that call at the scheduled time. If upon review of this letter Your Honor

The Honorable Mary Pat Thynge
February 27, 2007
Page 2

concludes that the information herein is sufficient for present purposes, and that there is no need to proceed with an *ex parte* status conference, we assume the Court will so notify us.

                                      Respectfully,

                                      */s/ Steven J. Balick*

                                      Steven J. Balick

SJB/dmf
178260.1

c:    Citadel Security Software, Inc. (via U.S. Mail)
      Jonathan G. Graves, Esquire (via electronic mail)