IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SECURE ELEMENTS, INC., | : | |
| | : | |
| Plaintiff and Counterclaim Defendant, | : : | |
| | : | |
| v. | : | Civil Action No. 06-98-*** |
| | : | |
| CITADEL SECURITY SOFTWARE, INC., | : | |
| | : | |
| Defendant and Counterclaim Plaintiff. | : : | |

## **ORDER**

At Wilmington, Delaware, this **1st** day of **March, 2007.**

IT IS ORDERED that the status teleconference with Judge Thynge scheduled for Monday, March 5, 2007 at 12:00 Noon Eastern Time is canceled. Counsel for Secure shall advise the Court when it is aware of new counsel for Citadel.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE