IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SECURE ELEMENTS INC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-098-SLR |
| | ) |
| CITADEL SECURITY SOFTWARE, INC., | ) |
| | ) |
| Defendant. | ) |

O R D E R

At Wilmington this 22nd day of April, 2008, defendant corporation having failed to retain new counsel in the above-captioned case, see <u>Rowland v. California Men's Colony</u>, 506 U.S. 194, 201-02 (1993); <u>James v. Daley and Lewis</u>, 406 F. Supp. 645, 648 (D. Del. 1976);

IT IS ORDERED that, on or before **May 22, 2008**, defendant shall show cause why judgment should not be entered against it in the above-captioned action for failure to defend. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN JUDGMENT BEING ENTERED AGAINST DEFENDANT.

United States District Judge