IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SECURE ELEMENTS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-098-SLR |
| | ) |
| CITADEL SECURITY SOFTWARE, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 6th day of June, 2008, having considered the motion of McAfee, Inc. seeking leave to file a brief as amicus curiae, as well as plaintiff's response thereto;

IT IS ORDERED that said motion (D.I. 27) is denied.

IT IS FURTHER ORDERED, however, that the order to show cause issued by the court on April 22, 2008 has been adequately explained by the above papers. The court will not enter judgment against the named defendant, as that defendant (apparently) no longer owns the patent in dispute.

THEREFORE, IT IS FURTHER ORDERED that, on or before **July 7, 2008**, plaintiff shall show cause why the above captioned matter should not be dismissed without prejudice, pending re-examination by the PTO. The court does not generally stay filed cases pending re-examination for the very reason illustrated by this case; the stay order was issued May 12, 2006 (D.I. 17), with no resolution to date, more than two

years later. Plaintiff has the choice of either resuming this litigation against the real party in interest, or dismissing this action in favor of the administrative proceedings.

_____
United States District Judge