# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

July 7, 2008

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

Re:   *Secure Elements, Inc. v. Citadel Security Software, Inc.,*
      <u>C.A. No. 06-98-SLR</u>

Dear Judge Robinson:

We represent the plaintiff, Secure Elements, in the above action, and are writing in response to your Honor's June 6, 2008, Order directing plaintiff to show why this matter should not be dismissed without prejudice pending re-examination of the patent in dispute by the PTO.

As shown in the attached documents, the PTO issued a "Notice of Intent to Issue a Reexam Certificate" on June 3, 2008, and a few days later terminated the re-examination and forwarded the file to the Office of Publications for issuance of the re-examination certificate. That certificate should issue any day now, at which point the stay can be lifted and the case can continue. In light of this recent development, Secure Elements respectfully suggests that rather than dismissing the case without prejudice at this juncture, only to have it re-filed several days later after the re-examination certificate issues, the most expeditious approach for the Court and parties would be for counsel for Secure to confer with counsel for McAfee (the new owner of the patent in dispute) about McAfee joining the case as the proper defendant in interest, and if necessary, move the Court for leave to add McAfee to the case. Once the proper parties are aligned in the case, the parties can submit a proposed scheduling order and, if necessary, ask the Court for a scheduling conference.

Respectfully,

/s/ *John G. Day*

John G. Day

c:   Michael J. Maimone, Esquire (via electronic mail)
     Nathan K. Cummings, Esquire (via electronic mail)

{00227927;v1}

# TAB 1

| 90/007,955 | AUTOMATED COMPUTER VULNERABILITY RESOLUTION SYSTEM | 07-03-2008::14:59:59 |
|---|---|---|

## Transaction History

| Date | Transaction Description |
|---|---|
| 06-13-2008 | Reexam Forwarded to Office of Publications |
| 06-11-2008 | Change in Power of Attorney (May Include Associate POA) |
| 06-03-2008 | Notice of Intent to Issue a Reexam Certificate |
| 06-02-2008 | Paralegal Reexam Review Complete |
| 05-15-2008 | Reexam Litigation Search Conducted |
| 05-01-2008 | Certificate of Service |
| 05-01-2008 | Information Disclosure Statement Filed |
| 05-01-2008 | Notice of concurrent proceeding(s) |
| 05-01-2008 | Information Disclosure Statement considered |
| 05-01-2008 | Information Disclosure Statement (IDS) Filed |
| 03-18-2008 | Case Docketed to Examiner in GAU |
| 03-12-2008 | Certificate of Service |
| 03-12-2008 | Supplemental Response after Non-Final Rejection |
| 03-12-2008 | Certificate of Service |
| 03-07-2008 | Certificate of Service |
| 03-07-2008 | Informal / NonResponsive Amendment after Examiner Action |
| 02-19-2008 | Examiner Interview Summary Record |
| 01-11-2008 | Reexam Non-Final Action Mailed |
| 01-22-2007 | Change in Power of Attorney (May Include Associate POA) |
| 08-01-2006 | Date Forwarded to Examiner |
| 04-19-2006 | Determination -- Reexam Ordered |
| 03-15-2006 | Reexam Litigation Search Conducted |
| 03-09-2006 | Date Forwarded to Examiner |
| 03-09-2006 | Reexam Assigned to Examiner for Determination |
| 03-09-2006 | Case Docketed to Examiner in GAU |
| 03-07-2006 | Completion of Preprocessing - Released to Assigned GAU |
| 03-08-2006 | Notice of reexamination request filing date |
| 03-08-2006 | Notice of assignment of reexamination request |
| 03-07-2006 | Title Report |
| 03-02-2006 | Reexamination requested by third party requester |
| 03-07-2006 | Application Return from OIPE |
| 03-08-2006 | Application Is Now Complete |
| 03-07-2006 | Application Return TO OIPE |
| 03-08-2006 | Application Is Now Complete |
| 05-02-2006 | Notice of Reexam Published in Official Gazette |
| 03-02-2006 | Receipt of Original Ex Parte Reexam Request |

**Close Window**

| 90/007,955 | AUTOMATED COMPUTER VULNERABILITY RESOLUTION SYSTEM | 07-03-2008::14:59:44 |
| --- | --- | --- |

## Bibliographic Data

| | | | |
| --- | --- | --- | --- |
| Application Number: | 90/007,955 | Customer Number: | - |
| Filing or 371 (c) Date: | 03-02-2006 | Status: | Reexam Terminated -- In Publications for Issue of a Certificate |
| Application Type: | Re-Examination | Status Date: | 06-13-2008 |
| Examiner Name: | LEE, CHRISTOPHER E | Location: | ELECTRONIC |
| Group Art Unit: | 3992 | Location Date: | - |
| Confirmation Number: | 1772 | Earliest Publication No: | - |
| Attorney Docket Number: | 4121-37216 | Earliest Publication Date: | - |
| Class / Subclass: | 726/002 | Patent Number: | - |
| First Named Inventor: | 7000247 , , | Issue Date of Patent: | - |

| Title of Invention: | AUTOMATED COMPUTER VULNERABILITY RESOLUTION SYSTEM |
| --- | --- |

**Close Window**