IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SECURE ELEMENTS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-098-SLR |
| ) | |
| CITADEL SECURITY SOFTWARE, INC., ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION TO DISMISS

Plaintiff, Secure Elements, Inc. ("Secure Elements"), hereby respectfully requests that the Court dismiss Secure Elements' claims without prejudice and dismiss Citadel Security Software, Inc.'s ("Citadel") counterclaim without prejudice.

## STATEMENT OF FACTS

Prior to the issuance of the patent-in-suit, Secure Elements received numerous letters from Citadel with multiple accusations of infringement and threats of litigation. In multiple letters from its counsel to Citadel, Secure Elements identified certain prior art references that render claims of the patent-in-suit invalid. Secure Elements filed the present action against Citadel on February 14, 2006, seeking a declaratory judgment of non-infringement and invalidity of United States Patent No. 7,000,247 ("the '247 patent"). Citadel filed a counterclaim accusing Secure Elements of infringing the '247 patent.

This case has been stayed since May 12, 2006, pending reexamination of the '247 patent. (D.I. 17). On January 11, 2007, the Fish & Richardson firm filed a motion to withdraw as counsel to Citadel. (D.I. 20). The basis for requesting withdrawal was that McAfee, Inc. ("McAfee") had recently purchased the '247 patent-in-suit and that Fish & Richardson could not represent McAfee in this action because of a conflict due to a pending case against McAfee in Texas (the "Texas Action"). (*Id.* at 1 ¶¶ 1-2). The motion to withdraw stated that "[n]ew

{00237553;v1}

counsel will need to arrange for the proper party, McAfee, to be brought into the litigation as the defendant/counterplaintiff." (*Id.* ¶ 4). On January 19, 2007, the Court entered an order granting Fish & Richardson's motion to withdraw as counsel. (D.I. 21). No new counsel for defendant ever appeared, and McAfee never intervened.

On April 22, 2008, the Court issued an order (D.I. 26) (the "Order to Show Cause") directing defendant, a corporate party that had failed to retain new counsel, to show cause by May 22, 2008 why judgment should not be entered against it for failure to defend. The Court expressly warned that failure to timely respond would in fact result in the entry of judgment against defendant. On May 20, 2008, McAfee asserted that it had purchased the '247 patent-in-suit from Citadel, and that Citadel no longer has any interest in this case. (D.I. 27).

Counsel for Secure Elements (Nathan Cummings) and counsel for McAfee (Michael Maimone) held a teleconference on Friday, May 16, 2008. McAfee's counsel stated that McAfee has no interest in pursuing this litigation. On June 3, 2008, the PTO issued a "Notice of Intent to Issue a Reexam Certificate" and a few days later terminated the re-examination and forwarded the file to the Office of Publications for issuance of the re-examination certificate. That certificate issued on August 6, 2008.

Once more, Counsel for Secure Elements (Erik Milch) and counsel for McAfee (Michael Maimone) held a teleconference on Friday, August 15, 2008. McAfee's counsel again stated that it has no interest in pursuing this case against Secure Elements as they have no dispute with Secure Elements and they would be happy to see the entire case dismissed.

## REQUESTED RELIEF

For the reasons detailed above, and in particular given McAfee's failure to intervene and assert the infringement claims originally pled by Citadel, Plaintiff Secure Elements hereby respectfully requests that the Court dismiss Secure Elements' declaratory judgment claims without prejudice and dismiss Citadel's counterclaims without prejudice.

ASHBY & GEDDES

/s/ Lauren E. Maguire

---

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby&geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff*

*Of Counsel:*

Jonathan G. Graves
Nathan K. Cummings
Erik B. Milch
COOLEY GODWARD KRONISH LLP
11951 Freedom Drive
Reston, VA  20190-5656
703-456-8000

Dated:  September 2, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SECURE ELEMENTS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-098-SLR |
| | ) |
| CITADEL SECURITY SOFTWARE, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This _____ day of _____, 2008, having considered Plaintiff's Motion to Dismiss,

IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED and all claims and counterclaims in this matter are dismissed without prejudice.

_____
United States District Judge

{00237554;v1}